UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15MJ312(4) BRT

United States of America,

           Plaintiff,

v.     **ORDER FOR APPOINTMENT OF COUNSEL**

Zacharia Yusuf Abdurahman,

           Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Jon Hopeman, Attorney ID 47065, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated:  April 21, 2015                  *s/ Becky R. Thorson*
                                                   Honorable Becky Thorson
                                                   United States Magistrate Judge