ARW:rmh
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America

v.

MOHAMED ABDIHAMID FARAH,
ADNAN ABDIHAMID FARAH,
ABDURAHMAN YASIN DAUD,
ZACHARIA YUSUF ABDURAHMAN,
HANAD MUSTAFE MUSSE and
GULED ALI OMAR

Case No. 15MJ312(2) BRT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ADNAN ABDIHAMID FARAH,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment   ___ Superseding Indictment   ___ Information   ___ Superseding Information   x  Complaint
___ Probation Violation Petition   ___ Supervised Release Violation Petition   ___ Violation Notice   ___ Order of the Court

On or about November 6, 2014 through the present, in Hennepin County, in the State and District of Minnesota, defendant(s)
in violation of Title 18, United States Code, Section(s) 2339B(a)(1).

Date: April 18, 2015

*Issuing officer's signature*

City and state:   Minneapolis, MN

Becky R. Thorson, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/18/2015, and the person was arrested on *(date)* 4/19/2015 at *(city and state)* Minneapolis, MN. |
| Date: 4/29/2015 |
| *Arresting officer's signature* |
| Nicholas L. Marshall, SA |
| *Printed name and title* |