ARW:rmh
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America

v.

MOHAMED ABDIHAMID FARAH,
ADNAN ABDIHAMID FARAH,
ABDURAHMAN YASIN DAUD,
ZACHARIA YUSUF ABDURAHMAN,
HANAD MUSTAFE MUSSE and
GULED ALI OMAR

Case No. 15 MJ 312 (5) MJD

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* HANAD MUSTAFE MUSSE,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment ___ Superseding Indictment ___ Information ___ Superseding Information _x_ Complaint
___ Probation Violation Petition ___ Supervised Release Violation Petition ___ Violation Notice ___ Order of the Court

On or about November 6, 2014 through the present, in Hennepin County, in the State and District of Minnesota, defendant(s) in violation of Title 18, United States Code, Section(s) 2339B(a)(1).

Date: April 19, 2015

*Issuing officer's signature*

City and state: Minneapolis, MN

Becky R. Thorson, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/18/2015, and the person was arrested on *(date)* 4/19/2015
at *(city and state)* Minneapolis, MN.

Date: 4/29/2015

*Arresting officer's signature*

Nicholas L. Marshall, SA
*Printed name and title*

RECEIVED MAY 01 2015 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

2015 APR 29 P 4:27 US MARSHALS SVC MPLS

SCANNED MAY - 4 2015 U.S. DISTRICT COURT MPLS