UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case File No. 15-CR-49(05) (MJD/FLN)

United States of America,

      Plaintiff,

v.

Zacharia Yusuf Abdurahman,

      Defendant.

**ZACHARIA YUSUF ABDURAHMAN'S MOTION FOR RELEASE FROM CUSTODY WITH CONDITIONS**

    Defendant Zacharia Yusuf Abdurahman by his attorneys, Jon M. Hopeman and Marnie E. Fearon, Felhaber Larson, respectfully moves this Court, pursuant to Title 18, United States Code, Section 3142, for release from custody with conditions in accordance with the proposed release plan accompanying this Motion.

    This Motion is based on the Indictment, the United States Constitution, the Bail Reform Act, the accompanying proposed release plan and supporting exhibits as well as the records and files in the above-captioned matter and the presentation of counsel prior to or at the time of the hearing on this Motion.

795831.v1

2

                                        Respectfully submitted,

Dated:  June 26, 2015            FELHABER LARSON


                                      By:   s/Jon M. Hopeman
                                              Jon M. Hopeman, #47065
                                              Marnie E. Fearon, #305078
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 339-6321
jhopeman@felhaber.com
mfearon@felhaber.com

ATTORNEYS FOR DEFENDANT ZACHARIA YUSUF ABDURAHMAN