UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case File No. 15-CR-49(05) (MJD/FLN)

United States of America,

        Plaintiff,

                                  **RELEASE PLAN FOR**
v.                         **ZACHARIA  YUSUF ABDURAHMAN**

Zacharia Yusuf Abdurahman,

        Defendant.

        This plan reasonably assures the safety of the community and Mr. Abdurahman's future appearances in court.  At the same time it facilitates his educational and moral development and reintegrates him into his community.  The plan was developed by the family, by the community organizations named below, and by the undersigned.  The plan contains a menu of options for the Court to consider in terms of where he will reside and what community programs he will participate in.

Nuruuliimaan Mosque and Islamic Institute

        The core of the plan is the Nuruuliimaan Mosque and Islamic Institute located at 2222 Park Avenue in South Minneapolis.  The Mosque is more than ten years old.  It has been at its new location for a year.  Exhibit A attached is a printout from the Mosque's website. The Mosque has a written mission with five parts:

        1.      Nurul-Iman[1] Institute is an organization whose mission is to promote a moderate and wholesome understanding of Islam and Muslim culture among young American Muslims by introducing to them classical Islamic scholarship known for its rich, sophisticated, and comprehensive methods

---

[1] The name is spelled with different variations in the website.

785389.v2

of interpretation that prevent superficiality and extreme literalism in understanding Islamic texts and traditions.

2.      To help young Muslims become an integral part of Mainstream American Society while retaining their own cultural identity.

3.      To preserve the integrity and central role of the family in the Muslim community.

4.      To cultivate good relations between the Muslim community and non-Muslim communities and civic organizations.

5.      To publish books, brochures, and other literature and setup (sic) institutions deemed necessary for furtherance of the above mentioned goals.

The Mosque follows the Sufi tradition.  Ex. A.  Its teachings direct the faithful to repair their hearts and turn them away from all else but God.  The faithful are expected to obey the "outer law" which governs one's actions.  The "outer law" is the civil law of the government--regulating transactions, marriage, property, trade, money, and commerce. The "outer law" is also the criminal law of the government.  The faithful Sufi is also expected to follow the "inner law" which requires one to repent of sin, to purge oneself of evil character traits, and to adorn one's self with virtue.

Imam Mohammed Sharif Ali is the Imam at the Nurul-Iman Mosque and Islamic Institute. Imam Sharif has preached against violent extremism since before 9/11/2001. He is ███ years old.  He has served as an Imam in Somalia, Kenya, and in the United States for a total of thirty years.  Sufi Imams were being killed in Somalia during the civil war.  He became a refugee.  He arrived in North Dakota in 1996 and served as an Imam there until 2001.  In 2001 he came to Minneapolis and has served as an Imam at three different mosques in our city. He has been the Imam at Nurul-Iman since 2008.

Imam Sharif has agreed to counsel Mr. Abdurahman, to supervise his activities at the Mosque, and to devise a program with the guidance of the Court.  The Mosque is a vibrant place where more than 500 families, including 300 children, attend both on holy days and during the week.  It has a full range of religious, social, and charitable activities. Discussions of the undersigned with Imam Sharif and three of the elders at the Mosque, Sheikh Abubakar Ali, Sheikh Aafi Mohamud Urey, and Mahamud Hussein, resulted in this proposed curriculum:

1. There will be regularly scheduled one on one time with Imam Sharif involving study of the Koran as well as the pursuit of the five stated goals of the Mosque written above.

2. There will be participation in the circle of worship, reflection, prayer, and discussion which is a daily event supervised by Imam Sharif.

3. Mr. Abdurahman will be involved with providing services to the children who attend the Mosque, including teaching religious lessons, supervising play, and coaching sports.

4. There will be physical labor, including mowing the grass and moving snow. There is construction going on at the Mosque, and Mr. Abdurahman will be expected to help with construction cleanup.

5. Mr. Abdurahman will be involved with the Mosque's "Green Project for Muslim Youth."  Exhibit B attached.  This is a project that the Mosque has been developing for a number of months to educate its youth about environmental concerns and get them involved in community projects.  Mr. Abdurahman will be expected both to participate in the projects and to supervise younger youth.

The curriculum will require Mr. Abdurahman to be involved for a specified number of hours per week.  The Imam and elders will certify regularly to U.S. Pretrial Services that Mr. Abdurahman has attended and participated as required or provide any other accountability the Court orders.

785389.v2

Imam Sharif and the elders from Nural-Iman have all committed to be involved and to mentor Mr. Abdurahman.  They are:

1. Spiritual Leader and Lecturer of the Sufi Mosque-Nurul Iman
  Imam Mahamud Sharif Ali



  Cell:
  http://www.nuuruliimaan.org/index.php

2. Director of the Sufi Mosque-Nurul Iman (2222 Park Avenue South, Minneapolis)
  Sheikh Aafi Mohamud Urey



  Cell:
  http://www.nuuruliimaan.org/index.php

3. Elder
  Abdirahman Hassan



  Cell:
  Work:

4. Elder
  Salim Hirsi

  Cell:

5. Elder
  Abdikarin Mohamed

  Cell:

785389.v2

6.    Ma'alin (Ma'alin means Teacher)



Cell:

Most of these men are also involved with African Community Services, described below.

<u>African Community Services</u>

Abdillahi Nur, Executive Director of African Community Services at 1305 East 24th Street in Minneapolis has invited Mr. Abdurahman to participate as a volunteer at African Community Services.  Mr. Nur is travelling now, but he designated employees to participate in the plan.  Ex. C attached is a printout from the organization's website.  Ten people are employed there full time.  Khalif Jama, Programs Manager, and Abdirahman Ali, Job Counsellor, will be responsible for supervising Mr. Abdurahman.  The organization provides a full range of social services to Somali families and Somali citizens of all ages.  Mr. Nur has advised that the organization will train Mr. Abdurahman to be a volunteer who helps Somali citizens who have limited English to fill out resumes and job applications and applications for benefits.  Minneapolis has recently seen an influx of Somali refugee families from Ethiopia who have no English skills and who are living in shelters.  African Community Services provides volunteers who help these families with basic problems like how to take the bus, how to shop for food, how to fill out a job application, how to identify and apply for benefits and medical insurance, and how to enroll the children in school.  They also need rides to appointments.  Mr. Abdurahman is an ideal resource in that he knows Somali language well enough to

communicate with these new arrivals, he is fluent in English, he is educated and literate, and he knows Minneapolis.

Mr. Abdurahman's father, Yusuf, already serves as a volunteer at the shelters.  He provides translation services for these new arrivals.

African Community Services also has a physical fitness program for elderly Somalis, and Mr. Abdurahman would be trained to assist in the gymnasium with this therapy.  It is expected he will learn some valuable lessons from them as well about Somali culture and history.

As with the Mosque, African Community Services will account to U.S. Pretrial Services to assure compliance by Mr. Abdurahman.

The contact information for the African Community Services employees is as follows:

    1.      Program Manager of African Community Services
             Khalif Jama



             Cell:
             Work:
             http://www.africancs.org

    2.      Job Counselor of African Community Services
             Abdirahman Ali



             Cell:
             Work:
             http://www.africancs.org

<u>Somali Youth Development Organization</u>

The third community organization which has offered an opportunity to Mr. Abdurahman is Somali Youth Development Organization in Minnesota, located at 1010 Park Avenue South, Minneapolis, MN 55404. Exhibit D, a printout from their website, is attached.  It is written in Somali language primarily, but it shows the names and pictures of most of its leaders.  It is an organization which for the last 15 years has organized and coached Somali youth soccer and basketball teams for boys and girls.  Jama Hassan Farah is the Executive Director of the organization, as well as one of the coaches.  The boys and girls call him Coach Ahmed Dahir.  The organization desires Mr. Abdurahman's services as a coach.  Abdulkadir Haji Dahir, whom the boys and girls call Coach Shiikha, is the primary boys basketball coach, and he would supervise Mr. Abdurahman and account to U.S. Pretrial Services.  Most of the games occur at YMCA's in Minneapolis and at Parks and Community gyms.  The most used location is Whittier Park Recreation Center.

The contact information is as follows:
Executive Director of Somali Youth Development Organization
Jama Hassan Farah (Coach Ahmed Dahir)
Cell:
Work:
E-mail: @gmail.com

Abdulkadir Haji Dahir (Coach Shiikha)
Cell:
Work:
E-mail: @hotmail.com

### Minnesota Somali American Parent Association

The fourth community organization which has offered an opportunity to Mr. Abdurahman is the Minnesota Somali American Parent Association (MNSAPA), which is located at 1929 South Fifth Street, Suite 101, on the West Bank in Minneapolis. Its brochure is attached as Exhibit E; its website provides further information at www.mnsapa.org. The Executive Director of this organization is Mohamed Mohamud, who is a former teacher. MNSAPA provides after school programs for troubled or underachieving Somali youth. It consults with the schools and it tutors, advises, and treats troubled children. If the Court approves, Mr. Abdurahman would be assessed by the organization to determine if he is suitable to participate as a tutor in this organization. If so, he will tutor. If not, he will work in the office. The Executive Director's contact information is as follows:

> Executive Director of Somali American Parent Association
> Mohamed Hassan Mohamud
>
> ███████████████████████
>
> Cell: ████████████
> Work: ████████
> http://www.mnsapa.org

### Minneapolis Technical and Community College

A fifth part of the release plan is enrollment as a part time student at Minneapolis Technical and Community College, the school where Mr. Abdurahman was enrolled. Mr. Abdurahman would be required to arrange with each of his teachers to provide attendance reports and grades to U.S. Pretrial Services.

785389.v2

Perhaps the Court feels the transition from detention to release should be for a limited number of hours per week to begin.  If so, the Court could certainly order one of the above five options be implemented, assess progress, and later implement one or more of the others.

We propose two alternative living arrangements.

The first is to reside with his father, Yusuf Abdurahman, at ███████████ ███████████████████████.  There is a high level of respect between father and son.  When Mr. Abdurahman was arrested he was living with his mother and six siblings. He is the oldest child in the family.  The mother, Ayan Abdurahman, was working full time as a school transport driver.  She lives in Columbia Heights with the children at ██████████████████████████████████.  The parents are divorced, but the father has remained heavily involved with the children. He sees them every weekend. We feel the mother had more to manage than one human being can possibly manage and that living with father is a good alternative.  This plan will have the added benefit of making sure Mr. Abdurahman has continued contact with his mother and brothers and sisters, and with his fiancée Muna Ali, which he would not have in a halfway house.  The family feels it is critical that they keep personal contact with him, and that he keep personal contact with Muna Ali.

There is another resident in the father's household, Hussein Aden Ali, a relative. Immigration and Customs Enforcement paroled him into the United States two years ago, during which time Mr. Abdurahman's father supported him.  He is developing proficiency in English.  Mr. Ali has received a work permit.  As a Somali refugee living

in Kenya, Mr. Ali was an Arabic teacher.  He is of the Sufi tradition.  Local Imams in Minneapolis have invited him frequently to their mosques to teach them Arabic and to teach Arabic to the children in the mosques.  He teaches basic and advanced Arabic at 3744 Bloomington Avenue in Minneapolis.  The focus of his teaching is spoken Arabic, not the literal Arabic of the Koran.  Mr. Ali will not be formally involved with Mr. Abdurahman's release plan.  But he will be a good influence and mentor in the home.  Mr. Ali's identifiers are as follows:

Hussein Aden Ali



Cell:

Please note that each of the locations written above – the Mosque, each of the community organizations, Minneapolis Technical and Community College, and the father's home are all located within a 1 ½ mile radius, which should facilitate location monitoring and assure that Mr. Abdurahman need not travel long distances to fulfill his obligations to the Court.  The small geographical area means Mr. Abdurahman can easily use public transportation.

We propose the following rules should Mr. Abdurahman be placed with his father:

1.    No cell phone use or computer/internet use unless approved in advance by Judge Davis.

2.    If cell phone or computer/internet use is approved, monitoring may be required.

3.    Father and Hussein Aden Ali will secure all phones and computer devices in the home with internet access.

785389.v2

4.      Father's cell phone and cell phone of Hussein Aden Ali must be on their persons at all times.

5.      All of father's rules of the house must be obeyed.  Father will provide to U.S. Pretrial Services a set of written rules for supervision addressing visitors, phone use, etc.

6.      Absence for medical, religious, legal, employment, or school purposes only unless approved in advance by Chief Judge Davis.

7.      No drug or alcohol use.

The second alternative is to reside at a halfway house with similar restrictions.

Whether Mr. Abdurahman resides with his father or at a halfway house, he will submit to location monitoring as directed by U.S. Pretrial Services.  As noted, the limited geography where he need travel will facilitate this.

Whether Mr. Abdurahman resides with his father or elsewhere, the usual rules for release will apply:

1.      No violations of the law.

2.      Give DNA sample if required.

3.      Make all court appearances.

4.      Sign an appearance bond.

5.      Report regularly to U.S. Pretrial Services as directed by Chief Judge Davis.

6.      Surrender passport.

7.      Not obtain a passport or other international travel document.

8.      No travel outside Minnesota.

9.      No firearms.

10.     Random drug testing if the Court requires.

11.     Report ASAP all law enforcement contacts.

785389.v2

12.     Follow through with community and Mosque and school obligations as ordered by Judge Davis.

13.     Provide U.S. Pretrial Services with any financial information including credit reports, bank statements, and the like.


Respectfully submitted,

Dated:  June 26, 2015          FELHABER LARSON


By:   __s/Jon M. Hopeman_____
          Jon M. Hopeman, #47065
          Marnie E. Fearon, #305078
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 339-6321
jhopeman@felhaber.com
mfearon@felhaber.com

ATTORNEYS FOR DEFENDANT ZACHARIA YUSUF ABDURAHMAN

785389.v2

<u>**EXHIBITS**</u>

A        Nuruuliimaan Mosque and Islamic Institute

B        Green Project for Muslim Youth

C        African Community Services

D        Somali Youth Development Organization

E        Minnesota Somali American Parent Association

785389.v2

- Home
- Quraan
- Kutub
- Audio
- كتب اللغة
- Video
- Articles
- About Us
- Contact Us

WEYDII SU'AALAHAAGA  NURUL-IMAN MASQUE



**Sh. C/qaadir Baajuuri**

فضيلة الشيخ محمد غوليد تفسير}
جزء عم

**Halkaan ka Dhageyso**

الرسالة المنظومة البيقونية}

**Halkaan ka Dhageyso**

NURUL-IMAN MASQUE

**Riix Halkaan**

متن الغاية والتقريب

**Halkaan ka Dhageyso**

صحيح مسلم لشيخ يوسف محمد}

**Halkaan ka Dhageyso**

Qaacidada Sarfiga

**Halkaan ka Dhageyso**

Alnasaixul Mursalah Lidulabil cilmi

**Halkaan ka Dhageyso**

بلوغ المرام

**Halkaan ka Dhageyso**

Siiratu Sayidina

**Halkaan ka Dhageyso**

سفينة النجا LIVE

**Halkaan ka Dhageyso**

المفتاح لباب النكاح

**Halkaan ka Dhageyso**

MUXADARADKA SHIIKH

| waqtiga salaadda | |
| --- | --- |
| FAJR | 4:50 4:55 AM. |
| DUHR | 1:37-1:40 P.M. |
| ASR | 5:14-5:20 P.M. |
| MAGHRIB | 8:10-8:16 PM |
| ISHA | 9:37-9:40 PM |








**EXHIBIT A**

MAXAMED SHAKIR

*Halkaan ka Dhageyso*

Ducooyinka

*Riix Halkaan*

Fatwooyinkii ugu danbeeyay

*Halkaan ka Dhageyso*

Qasaidii Ugu Danbeyey

*Halkaan ka Dhageyso*

qasaa'idda qoraalka ah

*Riix Halkaan*

Qisasul Anbiya

*Riix Halkaan*

Gallery

*Riix Halkaan*

DONATION



AHLUSUNNA LINKS

*Riix Halkaan*





NUURULIIMAAN YOUTUBE CHANNEL

صور من حيات الصحاب للشيخ خالد معلم

*Halkaan ka Dhageyso*

المنظومة البيقونية Live

*Halkaan ka Dhageyso*

الاربعين النووي

*Halkaan ka Dhageyso*

حاشية البجيرمي علي المنهج

*Halkaan ka Dhageyso*

taariikhda culimada

*Riix Halkaan*

maktabada nuuruliimaan

*Riix Halkaan*





CASE 0:15-cr-00049-MJD-HB  Doc. 148  Filed 06/26/15  Page 18 of 65



**FIRST PREV ( Page 1 of 1 ) NEXT LAST**

© Copy Right Nuuruliimaan Institute 2010-2015 All Rights Reserved.

- Home
- Quraan
- Kutub
- Audio
- كتب اللغة
- Video
- Articles
- About Us
- Contact Us

WEYDII SU'AALAHAAGA    ABOUT US

**Sh. C/qaadir Baajuuri**

فضيلة الشيخ محمد غولد تفسير﴾
جزء معم

**Halkaan ka Dhageyso**

الرسالة المنظومة البيقونية﴾

**Halkaan ka Dhageyso**

NURUL-IMAN MASQUE

**Riix Halkaan**

متن الغاية والتقريب

**Halkaan ka Dhageyso**

صحيح مسلم لشيخ يوسف محمد﴾

**Halkaan ka Dhageyso**

Qaacidada Sarfiga

**Halkaan ka Dhageyso**

Alnasaixul Mursalah Lidulabil cilmi

**Halkaan ka Dhageyso**

بلوغ المرام

**Halkaan ka Dhageyso**

Siiratu Sayidina

**Halkaan ka Dhageyso**

LIVE سفينة النجا

**Halkaan ka Dhageyso**

المفتاح لباب النكاح

**Halkaan ka Dhageyso**

MUXADARADKA SHIIKH

## NUURULIIMAAN INSTITUTE
### IN THE NAME OF ALLAH, THE MOST GRACIOUS, MOST MERCIFUL,

Nurul-Iman Institute is an orgasization whose mission is to promote a moderate and wholesome understanding of Islam and Muslim culture among young American Muslims by introducing to them classical Islamic scholarship known for its rich, sophisticated, and comprehensive methods of interpretation that prevent superficiality and extreme literalism in understanding Islamic texts and traditions.

To help young Muslims become an integral part of Mainstream American Society while retaining their own cultural Identity

To preserve the integrity and central role of the family in the Muslim community.

To cultivate good relations between the Muslim community and non-Muslim communities and civic organizations

To publish books, brochures and other literature and setup institutions deemed necessary for furtherance of the above mentioned goals.

2222 Park Ave S
Minneapolis,MN 55404

waqtiga salaadda

| FAJR | 4:50 4:55 AM. |
|---|---|
| DUHR | 1:37-1:40 P.M. |
| ASR | 5:14-5:20 P.M. |
| MAGHRIB | 8:10-8:16 PM |
| ISHA | 9:37-9:40 PM |

Nuuruliimaan.org - Welcome to Nuuruliimaan Islamic Institute
CASE 0:13-cr-90049-MJD-HB Doc. 148 Filed 06/26/15 Page 20 of 65
Page 2 of 2

MAXAMED SHAKIR



Ducooyinka

Fatwooyinkii ugu danbeeyay

Qasaidii Ugu Danbeyey

qasaa'idda qoraalka ah

Qisasul Anbiya

Gallery

DONATION



AHLUSUNNA LINKS



NUURULIIMAAN
YOUTUBE
CHANNEL

صور من حیات الصحاب للشیخ خالد معلم

المنظومة البیقونیة Live

الاربعین النووي

حاشیة البجیرمي علي المنهج

taariikhda culimada

maktabada nuuruliimaan

© Copy Right Nuuruliimaan Institute 2010-2015 All Rights Reserved.

- Home
- Quraan
- Kutub
- Audio
- كتب اللغة
- Video
- Articles
- About Us
- Contact Us

WEYDII SU'AALAHAAGA   ABOUT US

**Sh. C/qaadir Baajuuri**

فضيلة الشيخ محمد غولند تفسير﴾ جزءعم

**Halkaan ka Dhageyso**

الرسالة المنظمة اليقونية﴿

**Halkaan ka Dhageyso**

NURUL-IMAN MASQUE

**Riix Halkaan**

متن الغاية والتقريب

**Halkaan ka Dhageyso**

صحيح مسلم لشيخ يوسف محمد﴿

**Halkaan ka Dhageyso**

Qaacidada Sarfiga

**Halkaan ka Dhageyso**

Alnasaixul Mursalah Lidulabil cilmi

**Halkaan ka Dhageyso**

بلوغ المرام

**Halkaan ka Dhageyso**

Siiratu Sayidina

**Halkaan ka Dhageyso**

LIVE سفينة النجا

**Halkaan ka Dhageyso**

المفتاح لباب النكاح

**Halkaan ka Dhageyso**

MUXADARADKA SHIIKH

## NUURULIIMAAN INSTITUTE
### IN THE NAME OF ALLAH, THE MOST GRACIOUS, MOST MERCIFUL,

Nurul-Iman Institute is an orgasization whose mission is to promote a moderate and wholesome understanding of Islam and Muslim culture among young American Muslims by introducing to them classical Islamic scholarship known for its rich, sophisticated, and comprehensive methods of interpretation that prevent superficiality and extreme literalism in understanding Islamic texts and traditions.

To help young Muslims become an integral part of Mainstream American Society while retaining their own cultural Identity

To preserve the integrity and central role of the family in the Muslim community.

To cultivate good relations between the Muslim community and non-Muslim communities and civic organizations

To publish books, brochures and other literature and setup institutions deemed necessary for furtherance of the above mentioned goals.

2222 Park Ave S
Minneapolis,MN 55404

waqtiga salaadda

| | |
|---|---|
| FAJR | 4:50 4:55 AM. |
| DUHR | 1:37-1:40 P.M. |
| ASR | 5:14-5:20 P.M. |
| MAGHRIB | 8:10-8:16 PM |
| ISHA | 9:37-9:40 PM |

Case 0:14-cv-60048-WJZ Document 146 Filed 06/26/15   Page 22 of 65



MAXAMED SHAKIR

Ducooyinka

Fatwooyinkii ugu danbeeyay

Qasaidii Ugu Danbeyey

qasaa'idda qoraalka ah

Qisasul Anbiya

Gallery

DONATION

AHLUSUNNA LINKS



صور من حیات الصحاب للشیخ خالد معلم

المنظومة البیقرنیة Live

الاربعون النووي

حاشیة البجیرمي علي المنهج

taariikhda culimada

maktabada nuuruliimaan

© Copy Right Nuuruliimaan Institute 2010-2015 All Rights Reserved.

- Home
- Quraan
- Kutub
- Audio
- كتب اللغة
- Video
- Articles
- About Us
- Contact Us

**WEYDII SU'AALAHAAGA**



Sh. C/qaadir Baajuuri

﴿فضيلة الشيخ محمد غولید تفسير﴾ جزءهم


Halkaan ka Dhageyso

﴿الرسالة المنظمة البيقونية﴾


Halkaan ka Dhageyso

NURUL-IMAN MASQUE


Riix Halkaan

متن الغاية والتقريب


Halkaan ka Dhageyso

﴿صحیح مسلم لشیخ یوسف محمد﴾


Halkaan ka Dhageyso

Qaacidada Sarfiga


Halkaan ka Dhageyso

Alnasaixul Mursalah Lidulabil cilmi


Halkaan ka Dhageyso

بلوغ المرام


Halkaan ka Dhageyso

Siiratu Sayidina


Halkaan ka Dhageyso

LIVE سفينة النجا


Halkaan ka Dhageyso

المفتاح لباب النكاح


Halkaan ka Dhageyso

MUXADARADKA SHIIKH

**ENGLISH ARTICLES**

PURIFYING AND STRIVING...
Purifying and Striving... »» More
Published: 14 Jul, 2011

DESCRIPTION OF RASSULULAAHI (SCW)...
Description of Rassululaahi (SCW)... »» More
Published: 14 Jul, 2011

FIRST PREV ( Page 1 of 1 ) NEXT LAST

**waqtiga salaadda**

| | |
|---|---|
| FAJR | 4:50 4:55 AM. |
| DUHR | 1:37-1:40 P.M. |
| ASR | 5:14-5:20 P.M. |
| MAGHRIB | 8:10-8:16 PM |
| ISHA | 9:37-9:40 PM |

MAXAMED SHAKIR



Ducooyinka

Fatwooyinkii ugu danbeeyay

Qasaidii Ugu Danbeyey

qasaa'idda qoraalka ah

Qisasul Anbiya

Gallery

DONATION

AHLUSUNNA LINKS



صور من حيات الصحاب للشيخ خالد معلم

Live المنظومة البيقونية

الاربعين النووي

حاشية البجيرمي على المنهج

taariikhda culimada

maktabada nuuruliimaan

© Copy Right Nuuruliimaan Institute 2010-2015 All Rights Reserved.

# Purifying And Striving Against The Ego (*nafs*)
by Shaykh `Abd al-Qadir `Isa



## THE PRACTICAL METHODS OF SUFISM
## (1.) PRELIMINARY STATEMENT

In a previous chapter on the importance of Sufism, we explained that the soul possesses vile qualities and blameworthy character traits, and that removing these qualities and traits is individually obligatory - as was stated by the generality of the jurists. Having said that, the deficient qualities of the ego are not removed by mere wishful thinking, [or by] knowing the ruling of purifying it, and reading the books of Sufism and good character. In addition to all that, there must be real and actual spiritual striving, practical purification, and weaning the ego from its unruly tantrums and tempestuous desires.

*The self is like an infant child -*
*if you leave it, it will grow up loving to suckle,*
*but if you wean it, it will soon be weaned away.*

Al-Raghib al-Isfahani said in: Mufradat Gharib al-Qur'ân:

Jihad and mujahada: striving with one's utmost in repelling the enemy. Jihad is three types: striving against the outward enemy, striving against Satan, and striving against the ego. All three of these are included in Allah's words: { Strive for the sake of Allah with a true striving } Sura (22) al-Hajj: 78 and { And strive with your wealth and lives in the path of Allah.} Sura (9) al-Tawba: 41 The Prophet ﷺ said: "Struggle against your vain desires just as you struggle against your enemies." fn1

Striving against the ego is done by weaning it and forcing it to carry out that which is against its blameworthy desires, as well as committing it to implement the law of Allah (swt) , in both prohibition and command.



## (2.) Its Evidence From The BOOK AND THE SUNNA

Allah (swt) said: { Those who strive for Our sake, We shall certainly guide them unto Our paths.} Sura (29) al-'Ankabut: 69 fn2

From Fadâla b. 'Ubayd ﷺ : The Messenger of Allah ﷺ said: "The mujahid is he who struggles against his self for the sake of Allah." In another narration it says: "...who struggles against his self in Allah."fn3

## (3.) ITS RULING

Purifying the ego is individually obligatory as we explained, and since it is not completed save by striving against the ego (nafs), striving is also individually obligatory, as the principle states: 'What is necessary in order to fulfil an obligation is itself an obligation'. Shaykh 'Abd al-Ghanî al-Nablûsî said: "Striving against the ego is an act of worship and it is not acquired save through knowledge. It is individually obligatory on every legally responsible adult."fn4



## (4.) THE POTENTIAL FOR CHANGE

There is no doubt whatsoever that the human character has the potential for change and that it is possible to remove its bad character traits and habits and replace them. If this were not the case, then there would be no benefit in (Allah) sending the noble Messenger ﷺ and there would be no need for inheritors after him among the practicing scholars and righteous spiritual guides. If it is possible for many predatory birds and other beasts of pray to change many of their supposedly innate character traits, then certainly humans - whom Allah (swt) has honoured and created in the best of forms - can change their character a fortiori. The intent behind struggling against the ego is not a complete and total eradication and effacement of its character, rather, it is to elevate it and pick it up from bad to good, and force it to travel according to Allah's will and in pursuit of His good pleasure.

Anger is blameworthy when one exhibits it for his own ego, whereas it is praiseworthy when he exhibits it for the sake of Allah -as the Messenger of Allah (swt) would get angry if the rights of Allah were violated or if any of His limits were transgressed against. On the other hand, whenever he would be harmed for the sake of Allah,

struck, or pelted - as he was on the day he was in Ta'if - he would not get angry for his own sake, rather, he would pray for those who harmed him, asking for their guidance. He would give them excuses and say: "O Allah! Guide my people for they know not!"fn5

Likewise, arrogance is also blameworthy when a Muslim behaves arrogantly towards his Muslim brothers. On the other hand, when he behaves proudly in front of arrogant disbelievers, this trait becomes praiseworthy because it is for the sake of Allah (swt) and within the bounds of the Sacred Law. The same may be said for most blameworthy character traits. They can be transformed through spiritual struggle and elevated to praiseworthy characteristics.



# (5.) THE PATH OF SPIRITUAL STRUGGLE

The first stage in spiritual struggle is for one to not be satisfied with his self and to believe in the description of his self that his creator and originator informed him of when He said: { Indeed, the soul commands to evil. } Sura (12) Yusuf: 53 He must also know that of the things that sever him and cut him off from Allah, the biggest of them is his own ego (nafs) fn6, and at the same time, it is the greatest thing that shall cause him to arrive unto Him. When the ego commands its owner to evil, it takes no delight except in acts of opposition and disobedience, yet after spiritual struggle is waged against it and it is purified, it becomes pleased and well pleasing and is not delighted in anything save acts of obedience, agreement, and intimacy with Allah (swt).

When the servant uncovers the defects of his self (nafs) and is truthful in his pursuit to remove them, he will have no time to busy himself with the faults of other people and waste his life enumerating their mistakes. Know that he who spends his time enumerating the mistakes of others and is heedless of his own faults is an idiotic ignoramus.

Abu Madyan (*rahimahu-Allah*) said:

*Regard not any fault but that acknowledged within you*
*As a manifest, clearly apparent fault, though it be hidden fn7*

And others said:

*Condemn not a person for doing an action*
*To which you are equally ascribed*

*He who blames something while at the same time doing it himself*
*Has only demonstrated his own ignorance*

For this reason, they said: "Do not see someone else's faults as long as you have your own faults - and the servant will never be free of faults." When the Muslim comes to realize this, he will hasten to wean his ego from its lower desires and deficient day-to-day habits, and he will oblige it to implement acts of obedience and deeds that draw close (to Allah).

Spiritual struggle is a step by step process that changes course according to the progress of the aspirant in his journey. In the beginning of his affair, he is to remove all of the acts of disobedience that relate to his seven body parts. They are:

1. The tongue
2. The ears
3. The eyes
4. The hands
5. The feet
6. The stomach
7. The private parts fn8

Afterwards, he should adorn his seven body parts with acts of obedience appropriate to each of them. fn9



These seven body parts are the windows into the heart that shall either be smeared and sullied with the darkness and grime of disobedience, thereby making the heart sick, or they shall be made clear to allow the light and illumination of acts of worship enter it.

After waging spiritual struggle against his seven body parts, the aspirant should then focus on the inward traits, replacing his lowly character traits such as: pride, ostentation, and anger, with complete character traits such as: humility, sincerity, and forbearance.

Since the path of spiritual struggle is a rugged one with numerous side paths and it is very difficult for the spiritual wayfarer to enter it alone, it is of practical significance for him to accompany a completed spiritual guide who knows the defects of the soul and knows the path of spiritual struggle and treatment. By keeping the company of a spiritual guide, the spiritual aspirant gains practical experience in the ways of purifying his soul, just as he obtains the sacred spiritual effulgence of the Shaykh who pushes him to perfect his own self and personality; raising him above the defects and evil traits. The Messenger of Allah ﷺ was the spiritual guide of the highest rank and the greatest purifier who trained his noble

Companions and purified their souls through his statements and spiritual state - as Allah described him: { It is He who sent a Messenger unto the unlettered ones, reciting unto them His verses, furifying them, and teaching them the Book and the wisdom, whereas before they were in manifest error.} Sura (62) al-Jumu'a: 2 fn10

When the spiritual aspirant keeps close company with his guide and surrenders unto him just as the patient surrenders himself to the physician, he shall find uprightness and benefit. When Satan injects the heart of the aspirant with the delusional idea that he is independent, and he becomes conceited and feels that he does not need to associate with his Shaykh, he will fail utterly and be debarred from the path, whereas he thinks that he is still on his journey, and he will be cut off whereas he thinks that he is arriving.

Shaykh Isma'îl al-Haqqî (*rahimahu-Allah*) said in his Qur'anic exegesis:

Many in the intermediate part of this path (meaning the Sufis) are afflicted with numerous pitfalls in their spiritual wayfaring. These pitfalls present themselves when their souls become bored of the spiritual struggles and tired of the spiritual rigors. Satan comes to them and whispers to them and their lower selves, fooling them into thinking that in their spiritual wayfaring, they have reached such a level that they are no longer in need of keeping the company of a Shaykh or submitting their affairs to him. As a consequence, they leave the company of the Shaykh and begin their pursuit in accordance to their egos, falling into the trap of failure and becoming the laughing stock of Satan.fn11



## (6.) Statements Of The Gnostic Spiritual Trainers And Guides CONCERNING SPIRITUAL STRUGGLE

Abu 'Uthman al-Maghribî (*rahimahu-Allah*) said: "Whoever imagines that he shall obtain a spiritual opening in this path or have anything of it unveiled to him without being steadfast in spiritual struggle, then he is in clear error."fn12126 Imam al-Junayd - may Allah the Exalted have mercy upon him - said: "I heard Sarî al-Saqatî say: 'O assembly of youth! Take the path with resoluteness before you become weak and unable as I have.' He said this, even though none of the youth could outstrip him in worship."fn13 Abu 'Uthman al-Maghribî said: "No one who is pleased with himself can see his own faults. The only one who can see his own faults is he who accuses his own soul in all states."fn14

Abû 'Alî al-Daqqâq (*rahimahu-Allah*) said: "He who adorns his outward self with spiritual struggle, Allah will fill his inward self with the secrets of Divine beholding. Allah the Exalted said: { And those who struggle for Our sake, We shall certainly guide them to Our paths.} Sura (29) al-'Ankabut: 69 You should know that he who is not given to spiritual struggle in the beginning of his affair will not even smell thefragrance of this path. fn15

Imam al-Barkawî (*rahimahu-Allah*) said:

"How quick to destruction is he who lines not know his own faults, for indeed, acts of disobedience lead to disbelief."fn16 Shaykh al-Islam Zakariyya al-Ansarî (*rahimahu-Allah*) said: "The salvation of the soul rests in the ability of the servant to oppose its vain desires and force it to carry out what its Lord has ordered it."fn17

Imam al- Barkawî (*rahimahu-Allah*) said:

Spiritual struggle is: weaning the soul and forcing it to go against its base desires at all times. It is the commodity of the devout worshippers, the capital of the ascetics, and the crucial factor for rectifying and reforming the soul. It is the prerequisite for purifying and cleansing the soul so it can arrive in the Divine presence of He who is the Possessor of all might and honour. O spiritual wayfarer! If you desire Allah's guidance, you must see to it that you roll up your sleeves and forbid your lower self from its vain passions, and force it to struggle. Allah (swt) said: { And those who struggle for Our sake, We shall certainly guide them to Our paths.} Sura (29) al-'Ankabut: 69 And: And whoever struggles then he does so only for the benefit of himself.} Sura (29) al-'Ankabut: 6 fn18

Ibn 'Ajîba (*rahimahu-Allah*) said:

When the initiate into the spiritual path enters it, he must first exert himself in rigors and struggle as well as truthfulness and belief. These things will make clear and manifest his end state -for he whose beginning is illuminated will have his ending illuminated. He who we witness seeking after the truth in earnestness, spending out his possessions, self, soul, honour, and prestige -all for the sake of attaining the rank of actualizing slavehood and fulfilling the rights of Godhood -we know that his ending will be illumined by reaching his Beloved. On the other hand, he who we witness in a state of laxity we know that he will not reach it.fn19



Muhyî al-Dîn Ibn 'Arabî (*rahimahu-Allah*) said in his book: The Meccan Revelations, in the section on spiritual rigors, solitary retreats, spiritual struggles and their effects:

When the intellects of the people of faith in Allah (swt), saw that Allah ordered them to know Him after having already known Him by way of discursive proofs, they came to realize that there is yet another type of knowledge regarding Allah that is not reached by contemplative thought. As a consequence, they engaged in acts of spiritual rigor, solitary retreats, spiritual struggles, severing the binding day to day habits, being alone and sitting with Allah in empty spaces, and purifying the heart from bad thoughts - for everything attached to such thoughts are related to the created world. They took this path from the Prophets and Messengers and they heard that the Real (Allah), the Mighty and Majestic, descends to His servants and treats them kindly, therefore they came to know that the path to Him by way of Him is closer to Him than the path of mere contemplative thought.

This is a must for the people of faith, for they have come to know the statement of the Exalted: "He who comes to Me walking, I shall come to him running", and that his heart (the heart of the believer) contains His Nobility and Grandeur. So, the intellect directs itself to Him (swt), with its all and cuts itself off from everything that takes from it strength. When this is done, Allah pours out to him Divine knowledge from His light, and makes him realize through Divine witnessing and theophany, that no world can encompass Allah (swt), nor can any world reject Him. For this reason, Allah the Exalted said: { Indeed in that...} Sura (50) Qaf: 37, pointing to the knowledge of Allah by way of witnessing: {... is a reminder for he who possesses a heart.}. He did not mention any other power or strength - such as the strength of the intellect - that will cause the slave to reach his Lord.

The heart is known for its constant turning and changing according to the conditions it is in. Just as it does not stay in one state for long, similarly, the Divine theophanies change. He who does not witness the Divine theophanies with his heart will most certainly reject them with his rational mind, for the rational mind binds and controls man's other strengths - save that of the heart, for it is not bound by anything and is ever quick to change in every state. For this reason, the Law Giver said: "The hearts are between the two fingers of the Most Merciful who turns them as                            He                            wills."

Hence, the hearts turn as the theophanies turn, whereas this is not the case with the intellect. The heart therefore, is the force of strength beyond the intellect. Had the Real (Allah) meant by the word 'heart' in this Qur'anic verse that it is the intellect, He would not have said: {...for he who possesses a heart}, for indeed, every human has an intellect, however not every human is given powers beyond the faculty of the rational mind - which in this Qur'anic verse is called; 'a heart'. For this reason, He said: { for he who possesses a heart.} fn20



# (7.) Responding To Some Misconceptions About SPIRITUAL STRUGGLE

Some might say: "The Sufis forbid the good things and the delights that Allah has made permissible, and Allah has stated: { Say: who makes forbidden the adornment of Allah that He has taken out for His servants, and the good and wholesome provision?} Sura (7) al-A'raf: 32 And the Exalted said: { O you who believe! Do not make forbidden the good and wholesome things that Allah has made permissible for you. And do not transgress the limits. Indeed, Allah does not love the Transgressors.} Sura (5) al-Ma'ida: 87

In response to this, we say: The Sufis have not made unlawful what Allah has made lawful. Their highest aspiration is to conform to the Law of Allah. On the other hand, since they knew that purifying the soul is individually obligatory, and that the self has sinful character traits and vain attachments that will lead its owner to disgrace and hold him back from ascending to the ranks of the refected, they saw it absolutely necessary to train their souls and liberate them from the prison of vain desires. Expressing this meaning, the major Sufi, al-Haklm al-Tirmidhî (*rahimahu-Allah*) said in response to this misconception and those who use the above mentioned Qur'anic verse:

This inference is reprehensible and it entails changing the meanings of words, because we do not mean that these things are unlawful, rather, our intent is to train the lower self in order that it holds fast to proper etiquette and learns how to behave. Do you not know Allah's words: {Say: My Lord has only made forbidden the vile and evil deeds: both that which is hidden and that which is manifest thereof - and sin and transgression without any right.} Sura (7) al-A'raf: 33 Hence, 'transgression' in something lawful is itself unlawful. Take boasting, for example. It is unlawful; arrogantly competing with others is unlawful; ostentation is unlawful; and extravagance is unlawful. So, the self has been prevented from worldly desires only on account of it inclining to these above mentioned things with its heart, which in turn, corrupt the heart. Since I saw the lower self acquiring the adornment of Allah and the good things of provisions while being in a state of boasting, competition and ostentation, I came to know that it was mixing the lawful with the unlawful, thereby causing gratitude to go to waste, whereas it only receives provision so that it can be thankful and not so that it can deny the good things.

When I saw its bad etiquette, I prevented it until it become lowly and subdued. My Lord saw me in a sincere state of spiritual battle for His sake and He guided me to His path just as He promised: { And those who struggle for Our sake, We shall guide them unto Our paths} Sura (29) al-'Ankabut: 69

Because of my spiritual struggles, I entered the state of ihsan with Him and He was with me. He who has Allah with him has the force that shall never be defeated, the guard who never sleeps, and the guide who is never lost. Allah shall cast a portion of light into his (the slave's) heart in the life of this world until it causes him to reach the reward of the next life. Do you not know that the Messenger of Allah ﷺ said: "When light is cast in the heart of a slave, it is made expansive and wide"? It was asked: "O Messenger of Allah! Is there a sign for such a thing when it occurs?" He responded: "Yes, being distant from the abode of delusion,and returning to the abode of eternity,and preparing for death

before its arrival." One is able to be distant from the abode of delusion only by way of the light cast in his heart, enabling him to see the blemishes and faults of the worldly life, as well as its pitfalls, traps, and its abasement. This will ensure that transgression, ostentation, seeking to be heard, competition, boasting, showing off, and envy is absent from the heart - because all of that is a result of his heart esteeming and loving the world and its delights. The cause of his salvation from these pitfalls - after Allah's mercy - is his spiritual rigors to prevent his lower self from its vain desires.fn21

Some people in their haste have claimed that Sufism derives its spiritual struggles from Buddhist or Hindu origins, and that it corresponds to the religious deviance of the Christians and others who consider punishing the body and torturing it to be a path towards spiritual enlightenment and freedom for the soul. Some people even believe that Sufism is derived from the monkish inclination of the three men who inquired about the Prophet's worship ﷺ. When they were informed of his worship, they considered their own worship paltry, thus, one of them said: "As for me, I shall perpetually fast and never break it." The second one said: "As for me, I shall stand in night prayer and never sleep." The third one said: "As for me, I shall shun women and never marry." When their matter was presented to the Messenger of Allah ﷺ, he corrected their mistaken notions and brought them back to the straight path and upright method.



In response to this we say: never has Sufism been a separate way or a new religion. On the contrary, it is the practical implementation of Allah's religion and a complete adherence of His Messenger ﷺ. This misconception only came to the minds of the hasty ones because they found that Sufism placed a great deal of attention and concern on purifying the soul, training and elevating it, and struggling against it according to the confines of the religion and limits of the Sacred Law. This, in turn, caused them to draw a blind analogy between the religious errors of (other) religions and Sufism, without drawing any distinction between them whatsoever.

There is a vast difference between the legislated spiritual struggle that is confined to the strictures of Allah's religion, and the deviance, extremism, arbitrary forbiddance of the lawful, and the bodily pmishments that the disbelieving Buddhists practice. It is a manifest slander and wrong to accuse one who strives to purify and struggle against his lower self of having taken his practice from Buddhist or Hindu origins - as is claimed by the orientalists and those fooled by them. It is equally wrong to accuse such a person of following the example of the three men who saw their worship as paltry in comparison to that of the Messenger of Allah ﷺ - as is claimed by those who are simple minded and in haste - despite the fact that the Messenger corrected their mistaken notions and brought them back to his guidance and Sunna.

If there is to be found within the history of Sufism someone who has indeed made the lawful unlawful and punished his body like those of the deviated early religions, then he is an avowed innovator who is far from the true path of Sufism. For this reason, a distinction must be made between Sufism and he who is a Sufi. A deviated Sufi does not represent Sufism anymore than a deviated Muslim represents Islam. The opponents have not made any distinction between a Sufi and Sufism, or between a Muslim and Islam, thus they have maligned the honour of the completed ones by comparing them to the deviated ones.

The loftiest aspiration and hope for the spiritual wayfarers is to elevate their souls. If they succeed in that, they shall reach their goal. By spiritual struggle and spiritual rigor, the human soul is elevated from being ammâra (commanding its owner to evil) to being lawwâma(self-reproaching) to being inspired, pleased and well pleased with, and so on. Spiritual struggle is a necessity for the spiritual wayfarer in all stages of his journey unto Allah (swt). Such spiritual struggle ends only if he reaches the state of infallibility - which is for no one save the Prophets and Messengers - may Allah's peace and blessings be upon them all.



Here, we see the error of some spiritual wayfarers who have not fulfilled one of the conditions of their spiritual journey, namely: spiritual struggle against the self. They are seen claiming Divine love for themselves, speaking the language of the lovers, and singing the verses of Ibn al-Farid in support of their way:

*Concerning my way in love - I have no special way*
*If ever one day in incline away from it I would have abandoned my religion*

They read such verses, although they are unaware of Ibn al-Fârid's beginning and how he was in his own spiritual struggles against his lower self. Take his own words where he described his spiritual struggles in the course of his journey and the importance of spiritual struggle - keeping in mind that in the beginning of his own journey, it was from the reproachful self first and not starting off with the self that commands its owner to evil. Here he explains that the spiritual wayfarer who has no struggle has no love or journey in the first place:

*Before, my soul was reproachful*
*When I would obey it, it would disobey*
*and when I would disobey it, it would obey me*
*In front of it I presented things, some of which, death was seen as easier*
*I exhausted it in order that it be a source of relaxation*
*It returned however and whatever I burdened it with it would carry for me*
*And if I was easy going and light, it would harm me*
*In the course of training it, I cast out every delight*
*Removing it far from its customary ways until it became contented*

*There was not a single struggle for its sake that I did not mount And I call my soul to bear witness to this without declaring it pure*

For this reason, Ibn al-Farid took to mentioning the claimants of Divine love who have yet to leave their base desires or wage spiritual struggles against their selves:

*Some people have presented themselves in front of passionate love*
*Yet with their selves they turned away from what is sound*
*They were well pleased with wishful thinking and were tried by their desires*
*And attempted to cross the ocean of Divine love*
*with pretentious claims, they never got wet!*
*In the course of their journey they have yet to even take off*
*Or even left their place even though they are fatigued!*



Spiritual struggle is a basic prerequisite for every spiritual wayfarer in every course of his journey. Having said this, it does alter and change according to the status and rank of the aspirant. The example of this may be likened to that of a student: he starts off in primary school, afterwards graduating and moving on to middle school, and finally moving on to high school and then University. In all of these stages, such a person is still considered a student - even though there is a huge difference between the primary school student and the university student. Similarly, there is a huge difference between the soul that commands its owner to evil and inclines to vile deeds, and the soul that is content and going back to its Lord pleased and receiving good pleasure.

# (8.) SUMMARY

Spiritual struggle is a fundamental basis of the Sufi path. They have said: "He who realizes the fundamentals will reach the goal, and he who leaves off the fundamentals is barred from the goal." They also said: "Whoever does not have a scorching beginning (with various acts of spiritual struggle) will not have an enlightened end - and the beginnings show the endings."

**notes:**

fn1 Al-Mufradât fî Gharîb al-Qur'ân, entry: *'j-h-d'*:p.l01

fn2 This is a Meccan verse, and it is well known that the physical Jihad against the disbelievers was legislated in Medina al-Munawwara. This proves that the intent behind Jihad here in this verse is the Jihad against the ego. The 'Allama and scholar

of Qur'anic exegesis, Ibn Juzayy al-Kalbi said in his commentary on this verse: "This refers to Jihad against the ego". The 'Allama and scholar of Qur'anic exegesis, al-Qurtubî said in his commentary: "Al-Suddî and others said: 'This verse was revealed before the obligation of fighting was prescribed.'"

fn3 Narrated by al-Tirmidhî in the book concerning the virtues of Jihad. He said: "This Hadîth is Hasan Sahih." Al-Bayhaqî mentioned in Shu'ab al-Iman another narration from Fadala which states: "The Mujahid is he who struggles against his self in Allah's obedience and the migrant (Muhâjir) is he who migrates from sins and wrongdoings."-Mishkât al-Masâbîh: Kitab al-Imân: book 34

fn4Sharh al-Tarîqa al-Muhammadiyya: 1/323

fn5 Al-Bukhari

fn6 There are four things that sever and cut one off from Allah: the ego, the life of this world, Satan, and the creation. The enmity of Satan and the ego is obvious. As for the enmity of the creation, it is by taking notice of their praise or condemnation, and in this the spiritual wayfarer is hindered and obstructed in his journey to his Lord. As for the enmity of the world, overly concerning oneself with it, and allowing it to busy the heart is a major factor that severs one from Allah (swt). In a state of poverty, man's worries preoccupy him away from Allah, and in a state of wealth, man is busy with its delights and adornment away from Allah (swt) { Indeed mankind does transgress. He sees himself self-sufficient.} Sura (96) al-'Alaq: 6-7 If one removes the love of the world from his heart, it will not harm him, as the Shaykh of the Sufis, 'Sayyidî 'Abd al-Qadir al-Jaylanî said: "Expel the world from your heart and place it in your hand or your pocket and it shall not harm you."

fn7 Qasîda Adâb al-Tarîq: al-Ghawth Abû Madyan

fn8 All of these seven body parts have acts of disobedience that may come from them. Among the sins of the tongue: back-biting, tale carrying, lying, vile speech. Among the sins of the ears: listening to: back-biting, tale carrying, vile musical lyrics, and instruments. Among the sins of the eyes: looking at unrelated women and the private areas of men. Among the sins of the hands: harming the Muslims, killing them, taking their wealth with falsehood, and shaking the hands of unrelated women. Among the sins of the feet: walking to sites of sin and lewdness. Among the sins of the stomach: consuming forbidden wealth, consuming the flesh of pig, drinking alcohol, etc. Among the sins of the private parts: fornication, homosexuality, etc.

fn9 Among the good acts of the tongue: reciting the Holy Qur'an, remembrance of Allah (swt), commanding the good, and forbidding the evil, etc. Among the good acts of the firs: listening to the Holy Qur'an and Prophetic Hadîth, as well as good advice and religious exhortations. Among the good acts of the eyes: looking at the faces of the scholars and righteous, looking at the noble Ka'ba, and looking at the signs of Allah in the creation with the intention of contemplation. Among the good acts of the hands: shaking the hands of the believers and giving out charity. Among

the good acts of the feet: walking to the Mosques and gatherings of Sacred knowledge, visiting the sick and going to make peace between people. Among the good acts of the stomach: consuming legally permissible food with the intention of gaining strength to carry out acts of obedience for Allah (swt). Among the good acts of the private parts: consummating marriage with the intention of preserving one's chastity and having many offspring.

fn10 Here we see that purifying is one thing, and teaching the Book and the wisdom is another thing. For this reason, Allah the Exalted said: {... purifying them and teaching them the Book and the wisdom. } There is a huge difference between the knowledge of purification, and the state of purification, just as there is a difference between the knowledge of good health and actual good health. A skilled physician may be very knowledgeable of health while he himself is in bad health, suffering from many illnesses. Similarly, there is a vast difference between the knowledge of asceticism and the state of asceticism - like the Muslim who possesses vast knowledge of all the Qur'anic verses, Hadîth, and proofs in support of asceticism, even though he is not in a state of asceticism and is covetous and craving for the fleeting life of this world.

fn11 Tafsîr Ruh al-Bayan: 2/149

fn12 The Epistle of al-Qushayrî p.48-50

fn13 Ibid

fn14 Ibid

fn15 Ibid

fn16 Ibid

fn11 Commentary on the Epistle of ai-Qushayî

fn18 Al-Hadîqa al-Nadîyya Sharh al-Tarîqa al-Muhammadiyya: 1/455

fn19 Awakening the Aspirations: Explanation of the Aphorisms: 2/380

fn20 The Meccan Revelations: p. 443

fn21 Al-Riyada wa Adab al-Nafs: p. 124

# (9.) APPENDIX: THE NATURE OF THE LOWER SELF

In man, there exists the capacity for desire. This capacity is termed the lower self*(nafs).* This capacity includes both virtue and evil. It desires goodness as well as evil. In its development the lower self passes through three stages: the lower self that incites to evil *(nafs ammdra);* the lower self that denounces evil *(nafs lawwâma);* and the lower self that is well pleased *(nafs mutma'inna).*

### Nafs Ammâra

At this stage, the lower self is overpowering in desire for evil, and it feels no regret for its evil acts. This lowly stage is also termed *hawa l-nafs.*

### Nafs Lawwâma

At this stage, the lower self suffers remorse and regret when afflicted by evil desires.

### Nafs Mutma'inna

At this stage, the lower self is tremendously desirous of virtue.

# Description of Prophet Mohammed ﷺ

Chapters
His Appearance
His Dress
His Mode of Living
His Manners ...
... and Disposition
His Manners ...
... with Children
His Daily Routine
His Trust in Allah
His Justice
His Sense for ...
... Equality
His Kindness ...
... to Animals
His Love for ...
... the poor
His Character
Related links ▼

Among other things, it talks about some of the personal characteristics of the Prophet Mohammed ﷺ, the final messenger of Allah (God). It has been edited slightly in order to reduce it's length. Care has been taken not to change the content inshallah.

## His Appearance ﷺ

Muhammad ﷺ was of a height a little above the average. He was of sturdy build with long muscular limbs and tapering fingers. The hair of his head was long and thick with some waves in them. His forehead was large and prominent, his eyelashes werelong and thick, his nose was sloping, his mouth was somewhat large and his teeth were well set. His cheeks were spare and he had a pleasant smile. His eyes were large and black with a touch of brown. His beard was thick and at the time of his death, he had seventeen gray hairs in it. He had a thin line of fine hair

over his neck and chest. His gait was firm and he walked so fast that others found it difficult to keep pace with him. His face was genial but at times, when he was deep in thought, there were long periods of silence, yet he always kept himself busy with something. He did not speak unnecessarily and what he said was always to the point and without any padding. At times he would make his meaning clear by slowly repeating what he had said. His laugh was mostly a smile. He kept his feelings under firm control - when annoyed, he would turn aside or keep silent, when pleased he would lower his eyes (Shamail Tirmizi).

## Dress Of Prophet Mohammed ﷺ

His dress generally consisted of a shirt, tamad (trousers), a sheet thrown round the sholders and a turban. On rare occasions, he would put on costly robes presented to him by foreign emissaries in the later part of his life (Ahmed, Musnad, Hafiz Bin Qaiyyam).

His blanket had several patches (Tirmizi).

He had very few spare clothes, but he kept them spotlessy clean (Bukhari).

He wanted others also to put on simple but clean clothes. Once he saw a person putting on dirty clothes and remarked, "Why can't this man wash them." (Abu Dawud, Chapter "Dress").

On another occasion he enquired of a person in dirty clothes whether he had any income. Upon getting a reply in the affirmative, he observed, "When Allah has blessed you with His bounty, your appeerence should reflect it." (Abu Dawud)

He used to observe: "Cleanliness is piety".

## Mode of Living Of Prophet Mohammed ﷺ

His house was but a hut with walls of unbaked clay and a thatched roof of palm leaves covered by camel skin. He had separate apartments for his wives, a small room for each made of similar materials. His own apartment contained a rope cot (1*), a pillow stuffed with palm leaves , the skin of some animal spread on the floor and a water-bag of leather and some weapons. These were all his earthly belongings, besides a camel, a horse, and some land which he had aquired in the later part of his life. (Bukhari, Muslim, Abu Dawud).

Once some of his disciples, noticing the imprint of his mattress on his body, wished to give him a softer bed, but he politely declined the offer saying, "What have I to do with worldly things. My connection with the world is like that of a traveler resting for a while underneath the shade of a tree and then moving on." Amr Ibn Al-Harith, a brother-in-law of the Prophet ﷺ, says that when the Prophet died, he did not leave a cent, a slave man or woman, or any property except his white mule, his weapons and a piece of land which he had dedicated for the good of the community. (Sahih Bukhari).

He advised the people to live simple lives and himself practised great austerities. Even when he had become the virtual king of Arabia, he lived an austere life bordering on privation. His wife Ayesha (radiyallaahu `anha) says that there was hardly a day in his life when he had two square meals. (Sahih Muslim,, Vol.2, pg 198).

When he died there was nothing in his house except a few seeds of barley left from a mound of the grain obtained from a Jew by pawning his armour. (Bukhari, Sahih Bukhari, Chapter "Aljihad").

He had declared unlawful for himself and his family anything given by the people by way of zakat or sadaqa (types of charity). He was so particular about this that he would not appoint any member of his family as a zakat collector. (Sahah-Kitab Sadaqat).

## Hazrat Muhammad ﷺ Manners and Disposition

"By the grace of Allah, you are gentle towards the people; if you had been stern and ill-tempered, they would have dispersed from round about you" (translation of Qur'an 3:159)

About himself the Prophet ﷺ said "Allah has sent me as an apostle so that I may demonstrate perfection of character, refinement of manners and loftiness of deportment." (2*) (Malik, Mawatta; Ahmed, Musnad; Mishkat)

By nature he was gentle and kind hearted, always inclined to be gracious and to overlook the faults of others. Politeness and courtesy, compassion and tenderness, simplicity and humility, sympathy and sincerity were some of the keynotes of his character. In the cause of right and justice he could be resolute and severe but more often than not, his severity was tempered with generosity. He had charming

manners which won him the affection of his followers and secured their devotion. Though virtual king of Arabia and an apostle of Allah, he never assumed an air of superiority. Not that he had to conceal any such vein by practice and artifice: with fear of Allah, sincere humility was ingrained in his heart. He used to say, "I am a Prophet of Allah but I do not know what will be my end." (Bukhari, Sahih Bukhari, Chapter "Al-Janaiz")

In one of his sermons calculated to instill the fear of Allah and the Day of Reckoning in the hearts of men, he said, "O people of Quraish be prepared for the Hereafter, I cannot save you from the punishment of Allah; O Bani Abd Manaf, I cannot save you from Allah; O Abbas, son of Abdul Mutalib, I cannot protect you either; O Fatima, daughter of Muhammad, even you I cannot save." (Sahihain)

He used to pray, "O Allah! I am but a man. If I hurt anyone in any manner, then forgive me and do not punish me." (Ahmed, Musnad, Vol. 6 p. 103)

He always received people with courtesy and showed respect to older people and stated: "To honor an old man is to show respect to Allah." He would not deny courtesy even to wicked persons. It is stated that a person came to his house and asked permission for admission. The Prophet ﷺ remarked that he was not a good person but might be admitted. When he came in and while he remained in the house, he was shown full courtesy. When he left Ayesha (radiyallaahu `anha) said, "You did not think well of this man, but you treated him so well." The Prophet ﷺ replied, "He is a bad person in the sight of Allah who does not behave courteously and people shun his company because of his bad manners." (Bukhari, Sahih Bukhari)

He was always the first to greet another and would not withdraw his hand from a handshake till the other man withdrew his. If one wanted to say something in his ears, he would not turn away till one had finished (Abu Dawud, Tirmizi).

He did not like people to get up for him and used to say, "Let him who likes people to stand up in his honour seek a place in hell." (Abu Dawud, Kitabul Adab, Muhammadi Press, Delhi).

He would himself, however, stand up when any dignitary came to him. He had stood up to receive the wet-nurse who had reared him in infancy and had spread his own sheet for her. His foster-brother was given similar treatment. He avoided sitting at a prominent place in a gathering, so much so that people coming in had

difficulty in spotting him and had to ask which was the Prophet ﷺ. Quite frequently uncouth bedouins accosted him in their own gruff and impolite manner but he never took offence.(Abu Dawud Kitabul Atama). He used to visit the poorest of ailing persons and exhorted all Muslims to do likewise (Bukhari, Sahih Bukhari, Chapter "Attendance on ailing persons").

He would sit with the humblest of persons saying that righteousness alone was the criterion of one's superiority over another. He invariably invited people be they slaves, servants or the poorest believers, to partake with him of his scanty meals (Tirmizi, Sunan Tirmizi).

Whenever he visited a person he would first greet him and then take his permission to enter the house. He advised the people to follow this etiquette and not to get annoyed if anyone declined to give permission, for it was quite likely the person concerned was busy otherwise and did not mean any disrespect (Ibid). There was no type of household work too low or too undignified for him. Ayesha (radiyallaahu `anha) has stated, "He always joined in household work and would at times mend his clothes, repair his shoes and sweep the floor. He would milk, tether, and feed his animals and do the household shopping." (Qazi Iyaz: Shifa; Bukhari, Sahih Bukhari, Chapter: Kitabul Adab)

He would not hesitate to do the menial work of others, particularly of orphans and widows (Nasi, Darmi). Once when there was no male member in the house of the companion Kabab Bin Arat who had gone to the battlefield, he used to go to his house daily and milk his cattle for the inhabitants. (Ibn Saad Vol. 6, p 213).

# Prophet Mohammed ﷺ And Children

He was especially fond of children and used to get into the spirit of childish games in their company. He would have fun with the children who had come back from Abyssinia and tried to speak in Abyssinian with them. It was his practice to give lifts on his camel to children when he returned from journeys. (Bukhari, Sahih Bukhari, Vol. 2 p.886).

He would pick up children in his arms, play with them, and kiss them. A companion, recalling his childhood, said, "In my childhood I used to fell dates by throwing stones at palm trees. Somebody took me to the Prophet ﷺ who advised me to

pick up the dates lying on the ground but not to fell them with stones. He then patted me and blessed me." (Abu Dawud)

# Daily Routine of Prophet Mohammed ﷺ

On the authority of Ali (kaw), Tirmizi has recorded that the Prophet ﷺ had carefully apportioned his time according to the demands on him for offering worship to Allah in and his personal matters. After the early morning prayers he would remain sitting in the mosque reciting praises of Allah till the sun rose and more people collected. He would then preach to them. After the sermons were over, he would talk genially with the people, enquire about their welfare and even exchange jokes with them. Taxes and revenues were also disrtibuted at this time (Sahih Muslim, Tirmizi, Sunan Tirmizi).

He would then offer chaste prayers and go home and get busy with household work. (Bukhari, Muslim, Tirmizi).

He would again return to the mosque for the mid-day and afternoon prayers, listen to the problems of the people and give solace and guidance to them. After the afternoon prayers, he would visit each of his wives and, after the evening prayers, his wives would collect at one place and he would have his dinner. (Sahih Muslim,).

After the night prayers, he would recite some suras of the Quran and before going to bed would pray: "O Allah, I die and live with thy name on my lips." On getting up he would say, "All praise to Allah Who has given me life after death and towards Whom is the return." He used to brush his teeth five times a day, before each of the daily prayers. After midnight, he used to get up for the tahajjud prayers which he never missed even once in his life. (Sahih Bukhari).

He was not fastidious about his bed: sometimes he slept on his cot (1*), sometimes on a skin or ordinary matress, and sometimes on the ground (Zarqani).

On friday he used to give sermons after the weekly "Jumu`a" prayers. He was not annoyed if anyone interrupted him during the sermons for anything. It is stated that once, while he was delivering his sermon, a bedouin approached him and said, "O messenger of Allah, I am a traveler and am ignorant of my religion." The Prophet ﷺgot down from the pulpit, explained the salient features of Islam to him and then resumed the sermon (Tirmizi, Sunan Tirmizi).

On another occasion his grandson Husain, still a child, came tumbling to him while he was delivering a sermon. He descended and took him in his lap and then continued the sermon (Ibid).

## Trust in Allah Subhanahu wah ta`ala

Muhammad ﷺ preached to the people to trust in Allah Subhanahu wah ta`ala. His whole life was a sublime example of this precept. In the loneliness of Makkah, in the midst of persecution and danger, in adversity and tribulations, and in the thick of enemies in the battles of Uhud and Hunain, complete faith and trust in Allah Subhanahu wah ta`ala appears as the dominant feature in his life. However great the danger that confronted him, he never lost hope and never allowed himself to be unduly agitated. Abu Talib knew the feelings of the Quraish when the Prophet ﷺ started his mission. He also knew the lengths to which the Quraish could go, and requested the Prophet ﷺ to abandon his mission, but the latter calmly replied, "Dear uncle, do not go by my loneliness. Truth will not go unsupported for long. The whole of Arabia and beyond will one day espouse its cause." (Ibn Hisham, Sirat-ur-Rasul.)

When the attitude of the Quraish became more threatening, Abu Talib again begged his nephew to renounce his mission but the Prophet's ﷺ reply was: "O my uncle, if they placed the sun in my right hand and the moon in my left, to force me to renounce my work, verily I would not desist thereform until Allah made manifest His cause, or I perished in the attempt." (Ibid)

To another well-wisher, he said, "Allah will not leave me forelorn." A dejected and oppressed disciple was comforted with the words: "By Allah, the day is near when this faith will reach its pinnacle and none will have to fear anyone except Allah." (Sahih Bukhari)

It was the same trust in Allah Subhanahu wah ta`ala which emboldened the Prophet ﷺ to say his prayers openly in the Harâm in the teeth of opposition. The Quraish were once collected there and were conspiring to put an end to his life the next time he entered the Harâm. His young daughter Fatima, who happened to overhear their talk rushed weeping to her father and told him of the designs of the Quraish. He consoled her, did his ablutions and went to the Kaaba to say prayers. There was only consternation among the Quraish when they saw him. (Ahmed, Musnad, Vol. 1, p. 368).

Then leaving his house for Madinah he asked Ali (radiyallaahu `anhu) to sleep on his bed and told him, "Do not worry, no one will be able to do you any harm" (Tabari, Ibn Hisham)

Even though the enemies had surrounded the house, he left the house reciting the Quranic verse: "We have set a barricade before them and a barricade behind them and (thus) have covered them so that they see not" (translation of Qur'an 36:9)

Abu Bakr (radiyallaahu `anhu) was frightened when pursuers came close to the cavern in which he and Prophet Muhammad ﷺ were hiding during their <u>flight</u>, but the Prophet ﷺ heartened him, "Grieve not. Allah is with us." A guard was kept at the Prophet's house in Madinah because of the danger that surrounded him but he had it withdrawn when the Quranic verse was revealed: "Allah will protect you from the people" (translation of Qur'an 5:67).

A man was caught waiting in ambush to assault the Prophet ﷺ but he was directed to be released with the words, "Even if this man wanted to kill me, he could not." (Ahmed, Musnad, Vol.3 p. 471)

A Jewess from Khaibar had put poison in the Prophet's ﷺ food. He spat it out after taking a morsel but a disciple who had his fill died the next day. The Jewess was brought before the Prophet ﷺ who questioned her: "Why did you do this?" "To kill you," was her defiant reply. She was told, "Allah would not have allowed you to do it." (Sahih Muslim,.)

In the battle of Uhud when the rear guard action of the Makkan army had disorganized the Muslim army and had turned the tables, the Prophet ﷺ stood as firm as a rock even though he had suffered personal injuries. When Abu Sufiyan taunted the Muslims and shouted "Victory to hubal!" (hubal was one of their idols), the Prophet ﷺ asked Umar (radiyallaahu `anhu) to shout back, "Allah is our protector and friend. You have no protector and friend. Allah is Great, Magnificent." (Ibn Hisham, Sirat-Ur-Rasul).

Again in the battle of Hunain, when the unexpected assault of the army had swept the Muslim force off its feet and a defeat seemed imminent, the Prophet ﷺ did not yield ground. With trust in Allah (swt) he showed such courage that the Muslim army rallied behind him to win a signal victory.

# Justice Of Prophet Mohammed ﷺ

The Prophet ﷺ asked people to be just and kind. As the supreme judge and arbiter (3*), as the leader of men, as generalissimo of a rising power, as a reformer and apostle, he had always to deal with men and their affairs. He had often to deal with mutually inimical and warring tribes when showing justice to one carried the danger of antagonizing the other, and yet he never deviated from the path of justice. In administering justice, he made no distinction between believers and nonbelievers, friends and foes, high and low. From numerous instances reported in the traditions, a few are given below.

Sakhar, a chief of a tribe, had helped Muhammad ﷺ greatly in the seige of Taif, for which he was naturally obliged to him. Soon after, two charges were brought against Sakhar: one by Mughira of illegal confinement of his (Mughira's) aunt and the other by Banu Salim of forcible occupation of his spring by Sakhar. In both cases, he decided against Sakhar and made him undo the wrong. (Abu Dawud, Sunan Dawud, p.80)

Abdullah Bin Sahal, a companion, was deputed to collect rent from Jews of Khaibar. His cousin Mahisa accompanied him but, on reaching Khaibar, they had separated. Abdullah was waylaid and done to death. Mahisa reported this tragedy to the Prophet ﷺ but as there were no eye-witnesses to identify the guilty, he did not say anything to the Jews and paid the blood-money out of the state revenues. (Bukhari, Sahih Bukhari Nasai).

A woman of the Makhzoom family with good connections was found guilty of theft. For the prestige of the Quraish, some prominent people including Asama Bin Zaid interceded to save her from punishment. The Prophet ﷺ refused to condone the crime and expressed displeasure saying, "Many a community ruined itself in the past as they only punished the poor and ignored the offences of the exalted. By Allah, if Muhammad's (my) daughter Fatima would have committed theft, her hand would have been severed." (Bukhari, Sahh Bukhari, Chapter "al-hudûd")

The Jews, in spite of their hostility to the Prophet ﷺ , were so impressed by his impartiallity and sense of justice that they used to bring their cases to him, and he decided them according to Jewish law. (Abu Dawud, Sunan Dawud)

Once, while he was distributing the spoils of war, people flocked around him and one man almost fell upon him. He pushed the men with a stick causing a slight abrasion. He was so sorry about this that he told the man that he could have his revenge, but the man said, "O messenger of Allah, I forgive you." (Abu Dawud, Kitablu Diyat).

In his fatal illness, the Prophet ﷺ proclaimed in a concourse (4*) assembled at his house that if he owed anything to anyone the person concerned could claim it; if he had ever hurt anyone's person, honor or property, he could have his price while he was yet in this world. A hush fell on the crowd. One man came forward to claim a few dirhams which were paid at once. (Ibn Hisham, Sirat-ur-Rasul)

# His Sense for Equality ﷺ

Hazrat Muhammad ﷺ asked people to shun notions of racial, family or any other form of superiority based on mundane things and said that righteousness alone was the criterion of one's superiority over another. It has already been shown how he mixed with everyone on equal terms, how he ate with slaves, servants and the poorest on the same sheet (a practice that is still followed in Arabia), how he refused all privileges and worked like any ordinary laborer. Two instances may, however, be quoted here: Once the Prophet ﷺ visited Saad Bin Abadah. While returning Saad sent his son Quais with him. The Prophet ﷺ asked Quais to mount his camel with him. Quais hesitated out of respect but the Prophet ﷺ insisted: "Either mount the camel or go back." Quais decided to go back. (Abu Dawud, Kitabul Adab)

On another occasion he was traveling on his camel over hilly terrain with a disciple, Uqba Bin Aamir. After going some distance, he asked Uqba to ride the camel, but Uqba thought this would be showing disrespect to the Prophet ﷺ. But the Prophet ﷺ insisted and he had to comply. The Prophet ﷺ himself walked on foot as he did not want to put too much load on the animal. (Nasai p. 803)

The prisoners of war of Badr included Abbas, the uncle of the Prophet ﷺ. Some people were prepared to forgo their shares and remit the Prophet's ﷺ ransom but he declined saying that he could make no distinctions. (Bukhari, Sahih Bukhari, Chapter "Ransoms")

During a halt on a journey, the companions apportioned work among themselves for preparing food. The Prophet ﷺ took upon himself the task of collecting firewood. His companions pleaded that they would do it and that he need not take the trouble, but he replied, "It is true, but I do not like to attribute any distinction to myself. Allah does not like the man who considers himself superior to his companions." (Zarqani, Vol 4 p. 306)

## His Kindness to Animals ﷺ

The Prophet ﷺ not only preached to the people to show kindness to each other but also to all living souls. He forbade the practice of cutting tails and manes of horses, of branding animals at any soft spot, and of keeping horses saddled unnecessarily. (Sahih Muslim,).

If he saw any animal over-loaded or ill-fed he would pull up the owner and say, "Fear Allah in your treatment of animals." (Abu Dawud, Kitab Jihad).

A companion came to him with the young ones of a bird in his sheet and said that the mother bird had hovered over them all along. He was directed to replace her offspring in the same bush. (Mishkat, Abu Dawud)

During a journey, somebody picked up some birds eggs. The bird's painful note and fluttering attracted the attention of the Prophet ﷺ, who asked the man to replace the eggs. (Sahih Bukhari).

As his army marched towards Makkah to conquer it, they passed a female dog with puppies. The Prophet ﷺ not only gave orders that they should not be disturbed, but posted a man to see that this was done. He stated, "Verily, there is heavenly reward for every act of kindness done to a living animal."

## His Love for the Poor ﷺ

The Prophet ﷺ enjoined upon Muslims to treat the poor kindly and to help them with alms, zakat, and in other ways. He said: "He is not a perfect Muslim who eats his fill and lets his neighbor go hungry." He asked, "Do you love your Creator? Then love your fellow beings first." Monopoly is unlawful in Islam and he preached that "It is diffucult for a man laden with riches to climb the steep path that leads to bliss." He did not prohibit or discourage the aquisition of wealth but insisted that it

be lawfully aquired by honest means and that a portion of it would go to the poor. He advised his followers "to give the laborer his wages before his perspiration dried up." He did not encourage beggary either and stated that "Allah is gracious to him who earns his living by his own labor, and that if a man begs to increase his property, Allah will diminish it and whoever has food for the day, it is prohibited for him to beg." To his wife he said, "O Ayesha, love the poor and let them come to you and Allah will draw you near to Himself." (Sahih Bukhari)

One or two instances of the Prophet's ﷺ concern for the poor may be given here. A Madinan, Ibad Bin Sharjil, was once starving. He entered an orchard and picked some fruit. The owner of the orchard gave him a sound beating and stripped off his clothes. The poor man appealed to the Prophet ﷺ who remonstrated the owner thus: "This man was ignorant, you should have dispelled his ignorance; he was hungry, you should have fed him." His clothes were restored to the Madinan and, in addition, some grain was given to him. (Abu Dawud, Kitabul Jihad).

A debtor, Jabir Bin Abdullah, was being harassed by his creditor as he could not clear his debt owing to the failure of his date crop. The Prophet ﷺ went with Jabir to the house of the creditor and pleaded with him to give Jabir some more time but the creditor was not prepared to oblige. The Prophet ﷺ then went to the oasis and having seen for himself that the crop was really poor, he again approached the creditor with no better result. He then rested for some time and approached the creditor for a third time but the latter was adamant. The Prophet ﷺ went again to the orchard and asked Jabir to pluck the dates. As Allah would have it, the collection not only sufficed to clear the dues but left something to spare. (Sahih Bukhari).

His love for the poor was so deep that he used to pray: "O Allah, keep me poor in my life and at my death and raise me at Resurrection among those who are poor." (Nasai, Chapter: Pardon)

My friends, I prepared it with great care, I pray Allah forgives us.

By Muhammad Rizwan Talib ©

# His Character ﷺ

When asked about the Prophet's ﷺ character, Ayesha (r) said:
" Don't you read the Qur'ân?

The character of the Messenger of Allah ﷺ was the Qur'ân"

**"fa-inna khuluqa nabiyyi-LLâhi ﷺ kâna -l qur'âna"**

Sahîh Muslim, Kitâb al-salât, hadith no. 1623

Explanation of some words:
(1*) cot: a small, narrow bed ▲
(2*) deportment: the way someone walks or moves ▲
(3*) arbiter: someone who (judges and) settles a quarrel between two people or groups ▲
(4*) concourse: many people came together to listen ▲

The above text is an excerpt from the book entitled
"The Message of Mohammad", by Athar Husain.

# I) GREEN PROJECT IDEAS FOR MUSLIM YOUTH

Most Muslim youth today need awareness about green issues in the United States. Protecting the planet will become part of Nurul Iiman curriculums, and youth group programs. This offers an excellent opportunity to engage young Muslims in projects that will help them do their part to protect the earth. Here are some projects Nurul Iiman youth could involve.

## MOSQUE COMMUNITY GARDEN

We have empty spaces around the Mosque where youth use it to start a community garden. They can plant vegetables and fruits then once they're ready the youth will donate the vegetables and fruits to the nearest food shelf.
This can be also an opportunity for the youth to beautify the area outside the Mosque by planting flowers near the entrances.

## YOUTH IN CHARGE RECYCLING

We don't have and even don't know what recycling means. Most of times there are events and celebrations at the Mosque and there are hundreds of water bottles, bottles and soda cans. There are countless of Ads, flyers and papers too that go straight to the trash. Youth can help the beauty of Neighborhood, Mosque and Environment by starting recycling.

## EDUCATE YOUTH AND COMMUNITY ABOUT GREEN AND ENVIRONMENT

Discuss with youth books and literature about Green and Envirenment in the Study Circle. A good book could be the Book "Green Deen" of Ibrahim Abdul-matin. The Mosque could also invite the author to come and speak.
http://www.greenprophet.com/2010/11/eco-muslim-connects-environment-isla/

## DISCUSSION OF FOOD WASTE

Lots of food tossed in the garbage at our events and celebrations. It's ironic that we came from a country with little rain, food and droughts and we waste so much food. We need to show our youth who were born or grow up in this blessed country that everyone doesn't have this kind prosperity. We will make youth in charge of collecting plates and tossing the waste in a bin(s). Then, in front of everyone at the hall, weigh the amount of food wasted on a large scale to show exactly how many pounds were wasted. Engage the audience in a short discussion on how this can be cut to zero.

## HOST OF SCHOOL, HOUSE AND GAMES SUPPLY EXCHANGE

Before the school year begins, host a school supply swap, in which students can bring their extra school supplies and trade them for things they need with other students. Families could also do this with household items so that they learn and know from each other.

**EXHIBIT B**




**Make a call today!**
612-721-9984

Select Language  ▼  Powered by Google Translate

ABOUT US    SERVICES    RESOURCES    CAREERS    VOLUNTEER    DONATE    CONTACT US



# Help us give hope. Make a donation today.

**DONATE NOW!**



Support our Advocacy



How YOU can Take Action



Photo Gallery



Resources

## Services We Offer

- ▶ Employment Services
- ▶ Social Services
- ▶ Household Items Referral
- ▶ MNsure Assistance
- ▶ Minnesota Family Investment Program (MFIP)
- ▶ Fathers Project
- ▶ Entrepreneurship Education

## Welcome to African Community Services

**African Community Services** aims to help individuals and families with their struggles by providing effective assistance through goal oriented problem solving.

Composed of diverse and concerned individuals, **African Community Services** focuses on the solutions, techniques, practices and disciplines that are vital to the advancement of families in our community. Through community programs and education, we know that each of us can fully fulfill our obligation to those in need.

**African Community Services** exists because of the serious community problems that alarm us everyday. We believe that this is the right time to take actions. Whatever your goals and interests are, we encourage you to take part in our family-dedicated advocacy. For more inquiries on how you can support our mission, please call the following numbers **612-721 -9984 / 612-721-1356.**

## Upcoming Events

■  05-07-14

**2014 Downtown Minneapolis Job Fair**
Date: Wed, May 7, 2014
Time: 10am - 3pm
Location: Minneapolis Convention Center
1301 2nd Avenue South
Minneapolis, MN 55403
**Read More »**

■  05-20-14

**2014 Regional Transportation Expo - Job & Career Fair**
Date: Tue, May 20, 2014
Time: 10am - 3pm
Location: Owatonna Armory - Minnesota National Guard
2323 W Bridge St, Owatonna, MN

CASELY.13 of 80049 Mary 143   Doc. 143 applied 00-26-15



> **ACS** has several core programs, funded through state, county, and city government contracts and foundation grants.

55060
**Read More »**

Employment Opportunities

Submit Your Referrals

## Contact Information

1305 East 24th Street
LL Minneapolis, Minnesota 55404
**View Map & Directions**

**Phone:** 612-721-9984
**Fax:** 612-721-9031

**Email: info@africancs.org**

## Helpful Links:

- Our Staff
- Careers
- Upcoming Events
- Submit Your Referrals



© Copyright 2014 - 2015 • African Community
Services
Advocacy Groups Web Design: Proweaver

Home | About Us | Services | Resources | Careers | Volunteer | Donate | Contact Us

 





Make a call today!
**612-721-9984**

Select Language ▼ Powered by Google Translate

ABOUT US     SERVICES     RESOURCES     CAREERS     VOLUNTEER     DONATE     CONTACT US

## Services We Offer

- ▶ Employment Services
- ▶ Social Services
- ▶ Household Items Referral
- ▶ MNsure Assistance
- ▶ Minnesota Family Investment Program (MFIP)
- ▶ Fathers Project
- ▶ Entrepreneurship Education



## Our Staff

Our staff work to build a better and worldwide understanding of connecting individuals and families to the community. By providing community awareness, conducting lectures, protecting families, preserving lives through job assistance and other beneficial actions, we can definitely sustain and save the children and their families from poverty.

**Abdillahi Nur**
Executive Director
Email: anur@africancs.org
612-721-9984 Ext:201

**Khalif Jama**
Programs Manager/ MFIP Counselor
Email: kjama@africancs.org
612-721-9984 Ext:208

**Ahmed Guled**
Operations Assistant/ Senior Employment Counselor
Email: aguled@africancs.org
612-721-9984 Ext:207

**Mohamed Abdi**
MFIP Counselor
Email: mabdi@africancs.org
612-721-9984 Ext:214

**Fadimo Guled**
MFIP Counselor
Email: fguled@africancs.org
612-721-9984 Ext:204

**Abdirahman Ali**
Senior Employment Counselor
Email: aali@africancs.org
612-721-9984 Ext:202

**Mohamed Batuun**
Family Services/ Employment Counselor
Email: mbatuun@africancs.org
612-721-9984 Ext:205

**Abdurahman Ibrahim**
Fathers Project Case Manager
Email: aibrahim@africancs.org
612-724-3539

**Rahma Abdillahi**
Receptionist/ Office Assistant
Email: rguled@africancs.org
612-721-9984

## Contact Information     Helpful Links:

·

CASE 0:15-cv-00049-WMW-HB   Doc. 146   Filed 06/23/15   Page 56 of 65

 

Make a call today!
**612-721-9984**

Select Language ▼ Powered by Google Translate

ABOUT US     SERVICES     RESOURCES     CAREERS     VOLUNTEER     DONATE     CONTACT US

## Services We Offer

▶ Employment Services

▶ Social Services

▶ Household Items Referral

▶ MNsure Assistance

▶ Minnesota Family Investment Program (MFIP)

▶ Fathers Project

▶ Entrepreneurship Education



# Services



### Employment Services

This program offers workforce development orientation, training, job placement, and retention services. It includes a successful Job Club component that allows clients to support each other as well as to work individually towards eliminating the barriers to employment that are specific to their situation, especially improving their language, math, and interview skills. Job counselors build relationships with local employers to facilitate the placement of program participants in meaningful employment. **ACS** has built a reputation for success in helping hard-to-place individuals secure jobs, which has resulted in other agencies referring their most challenging individuals to **ACS**.

To find out more about this program please call **ACS** at **612-721-9984**.

### Social Services



**ACS** assists families with resolving basic needs through intensive personal support and guidance, case management, advocacy, and referral. **ACS** has developed a culturally appropriate assessment tool that meets the linguistic needs of people with limited English speaking ability. Family advocates guide families to set and achieve goals on the basis of the assessment. They help families locate affordable housing and home furnishings. They provide hands-on guidance and follow-up to ensure that parents learn to independently manage daily living tasks such as managing money, scheduling medical appointments, navigating public transportation, and communicating with landlords. They help families obtain social services and enroll children in school and childcare. They ensure that families comply with government program requirements. Advocates help parents connect with resources that supplement their finances, such as MPHA, WIC, MAC, CCA, Fare for All, Energy Assistance, and area food shelves.

To find out more about this program please call **ACS** at **612-721-9984**.

### Household Items Referral

Do you need assistance with household goods and furnishings? We can help, please call **612-721-9984** to register for this service.

### MNsure Assistance



**ACS** is an official partner with MNsure, if you need assistance in applying for health insurance through MNsure come in to our office between 8:30am-5:00pm Monday-Friday or call **612-721-9984** for information about the MNsure program.

### Minnesota Family Investment Program





**(MFIP)**

The Minnesota Family Investment Program, (MFIP), is the state's welfare reform program for low-income families with children. MFIP helps families move to work. It includes both cash and food assistance. When most families first apply for cash assistance, they will participate in the Diversionary Work Program, (DWP). This is a four-month program that helps parents go immediately to work rather than receive welfare.

## Fathers Project



Collaborative partnership between Goodwill Eastern Seals of MN and **ACS**: We enroll East African participants (fathers) in the collaborative FATHER Project model).
Eligible participants are low-income fathers between the ages of 17 and 35 (in some cases up to age 40).

Enrollment is attained upon completion of intake and enrollment components, including the completion of the Fatherhood Plan. Provide intensive Case Management services and parenting groups to all East African FATHER Project participants. Participate as a collaborating organization in the areas of outreach, the coordinated case management model, and the service collaborative committee.

For further information about the Fathers Project or to schedule an orientation call Abdurahman Ibrahim at **612-724-3539**.

## Entrepreneurship Education

**ACS** has partnered with Neighborhood Development Center (NDC) to provide business development courses. First class ended May 2013 and the next class will start October 2nd, 2013 at **African Community Services**.

Seats still available for upcoming classes, to enroll please call **612-721-9984**.

## Contact Information

📍 1305 East 24th Street
LL Minneapolis, Minnesota 55404
**View Map & Directions**

📞 **Phone:** 612-721-9984
**Fax:** 612-721-9031

✉ **Email:** info@africancs.org

## Helpful Links:

- Our Staff
- Careers
- Upcoming Events
- Submit Your Referrals



© Copyright 2014 - 2015 · **African Community Services**

Advocacy Groups Web Design: Proweaver

Home | About Us | Services | Resources | Careers | Volunteer | Donate | Contact Us



CASE 0:15-cr-00049-MJD-HB   Doc: 146   Filed 08/28/15   Page 58 of 65

1305 East 24th Street
LL Minneapolis, Minnesota 55404
View Map & Directions

Phone: 612-721-9984
Fax:    612-721-9031

Email: info@africancs.org

- Our Staff
- Careers
- Upcoming Events
- Submit Your Referrals



© Copyright 2014 - 2015 • African Community
Services
Advocacy Groups Web Design: Proweaver

Home | About Us | Services | Resources | Careers | Volunteer | Donate | Contact Us



 

# Somali Youth Development Organization in Minnesota

- · Home
- · Articles
- · Downloads
- · Discussion Forum
- · Web Links
- · News Categories

May 15 2015 07:59:56

SOMALIA Flag



**Navigation**
· Home
· Articles
· Downloads
· FAQ
· Discussion Forum
· Web Links
· News Categories
· Contact Me
· Photo Gallery
· Search

Ohio Tournment 2014



Atlanta Tournment 2012



Sayec celebration and Recognition



Washington DC Tournment 2012



Midnimo Champions 2012



Ohio Soccer Tournment 2012

Welcome
   Welcome to Somali Youth Development Organization FARIIN CULUS-IMPORTANT MESSAGE Fadlan, haddii aad hayso qoraalo wanaagsan oo lagu wacyi galinayo dhammaan dhallinyarada Soomaaliyeed ee Maraykanka ah, caawinayana dhisida jiil Somaaliyeed oo caafimaad qaba, noogu soo dira emilkaan Webmastarka shiikha50@hotmail.com Cudur daar: Haddii uu qoraalkaagu uu wax u dhimayo si gaar ah shakhsi, beel, urur iwm yuusan waqti kaaga lumin, ma soo qori doono Dear readers, if you have any constructive idea that will promote building a strong young Somali/American generation, please, send it to us at Webmastarka . shiikha50@hotmail.com NB: Please, do not send any harmful or destructive article or idea, that will violate the rights of a certain person, group, or community. If you planning to send it don't waste your time, we will not post it.

Hambalyo/Congratulations

## Hambalyo/Congratulations



Bahda isboortiga ee gobolada Minnesota, Atlanta, Virginia,Ohio, Portland, iyo Seattle WA ,Waxaa ay hambalyo u dirayaan Aamino Aweis Muuse Arbow oo dhawaan ka qalin jabisay jaamacadda American University VA, qaybteeda xiriirka caalamiga,waxaana ay si gaar ah ugu takhasustay qaybta caafimaadka ( International Relationship Services, Department of Health. Sidoo kale waxaan u hambalyaynaynaa Hooyo Sahro Idiris Mohamed  iyo cayaaryahankii weynaa ee naadigii Horseed iyo xulka qaranka Aweys Muuse Arboow (Aweys Fuundi) oo iyagu ku dadaalay in gabadhooda ay darajadaasi gaarto.....Waa Waalid ku dayasho mudan Hambalyo, Hambalyo,Hambalyo.

USA Flag



**Login**

Username

Password

☐ { Login }

Not a member yet?
Click here to register.

Forgotten your password?
Request a new one here.

Ashland Reunion 2014



AtlantaTournment2014



Run To Unite(Minnesota 2012



Seuki Soccer Tournment 2012



Sydom Basketball Tournment 2012


Baroordiiqdii Caalamka


TartankaDhallintaCuslaatayeeFinland2012


xafladdii Maxamed Tuke


Ragsved Champions


Dhallinta Cuslaatay ee UK


Sweden Basketball Tournament 2010


Ashland 2010


RamadanCup-MN 2009


Somali Week 2009



· shiikha on 13/05/2015 13:29:14 ·Read More · 24 Reads · 🖶

CIYAARTOYDA XULKA QARANKA SOOMAALIYEED EE TAEKWONDO-GA OO U AMBABAXAY TARTANKA TAEKWONDO-GA ADUUNKA EE 2015 RUSSIA

## CIYAARTOYDA XULKA QARANKA SOOMAALIYEED EE TAEKWONDO-GA OO U AMBABAXAY TARTANKA TAEKWONDO-GA ADUUNKA EE 2015 RUSSIA.



Waxa maalmihii lasoo dhaafay tababar xoogan usocday kooxda xulka qaranka soomaaliyeed ee taekwondow-ga iyagoo diyaar garoow adag ugu jiray ka qeybgalka ciyaaraha taekwondo-ga aduunka 2015-ka oo sanadkaan lagu qaban doono magaalada Chelyabinsk ee wadanka Ruushka.

· shiikha on 13/05/2015 13:27:49 ·Read More · 13 Reads · 🖶

Tacsi Innaa Lillahi Wa Innaa Ilayhi Raajicuun

## Tacsi

## Innaa Lillahi Wa Innaa Ilayhi Raajicuun



Dhammaanba bahda isboortiga noocyadooda kala duwan, iyo Bahda Reer Cabdulcasiis(kaambo Amxaaro), Waxaa ay tacsi tiiraanyo leh u dirayaan Cabdibaasid Axmed Nuur oo ka tirsanaa ciyaaryahannadii kubadda koleyga ee naadigii Waxool oo Allaha u naxariistee hooyadiisa marxuumad  Xaliimo Sacdiyo Ismaaciil Cabdi ay ku geeriyootay Magaalada Sandiego ee gobolka


London Futsal Tournment U16


Somali week Diaspora


Seuki Football tournment 2010- Stockholm-Sweden-


Fiuk Champions


Kulankii Isboortiga Utange


RotterdamiyokoobkaHirda 2011


Eurosom Tournment 2010


SomaliWeek MN 2010


Cayaarihii Xagaaga ee Columbus-Ohio


Ashland 2008


Ashland 2009


Sydom Basketball 2008


Somali Week 2008


Sydom Tournment 2005


Coach Idiris


Coach Maxamuud


Coach Shiikha


Deeqo Cawil

Gani X.Nuur

California shalayto oo taariikhdu ahayd 05/06/2015. Sidoo kale waxaa tacsi taasi la mid ah loo dirayaa caruurteeda oo kala ah:Maxamed Axmed Nuur, Muxsin Axmed Nuur, Xuseen Axmed Nuur iyo C/risaaq Axmed Nuur.

· shiikha on 07/05/2015 15:42:19 ·Read More · 33 Reads · 🖨

Ammaan loo soo jeediyay garsoorayaasha Soomaaliyeed

## Ammaan loo soo jeediyay garsoorayaasha Soomaaliyeed + Sawiro



**(Tunis) 03 May 2015**- Guddiga garsoorka Xiriirka Kubadda Cagta CAF ayaa si weyn u amaanay garsoorayaasha Afarta ahaa ee dalka Soomaaliya, gaar ahaan kuwii dhex-dhexaadiyey kulan ciyaareedkii Confederation Cup ee lugta labaad una dhexeeysay kooxaha Club Afirca (Tunisia) iyo Amal Zad (Algeria) oo Jimcihii lagu dheelay caasimadda dalka tuniiisiya ee Tunis.

· shiikha on 03/05/2015 06:09:51 ·Read More · 40 Reads · 🖨

Basketball Legend C/Qaadir madaxeey +sawiro

## Bahda Atlanta oo casuumaad u sameysay Basketball Legend C/Qaadir Madaxeey +sawiro



**(Atlanta) 03 May 2015**- Bahda Cayaaraha ee Magaalada Atlanta Giorgia ayaa casuumad u fidiyey Ciyaaryahankii xulka kubadda koleyga iyo koxdii llpp Jeenyo C/qaadir madaxeey,kaasi oo dhowaantan dib ugu soo laabay dalka Mareykanka kadib booqasho uu ku yimid dalka.


Soccer Fall League 2009


Atlanta Tournment 2009


Koobkii K/Cagta Dhallinta Cuslaatay ee Minnesota


Booqashadii Macallin Tuke ee Minnesota


Koobabkii MSSU & MYB


Ciyaarihii Qurbajoogta - Jabuuti 2009


Ashland 2007


Somali Week 2007


Sydom Basketball 2007



Yaasiin Jama



Abdul



Ahmed Eman



Said Aamaan



Asad Dheere



Hussein Osman



Cabdi Dige



Mohamed Barre



Samater Hassan

· shiikha on 03/05/2015 06:06:39 · Read More · 63 Reads · 🖨

HABEENKA CASHADDA IYO TAAGEERIDDA DHALLINTA SOOMAALIYEED

## HABEENKA CASHADDA IYO TAAGEERIDDA DHALLINTA SOOMAALIYEED



Waxaa 29-kii bisha Maarso, 2015 lagu qabtay xarunta shirarka iyo xafladaha ee makhaayada wayn ee Safari xaflad casho sharaf ah oo si qurux badan loo soo agaasimay. Xafladan iyo casho sharaftan ayaa hal hayskeedu ahaa "Midnimo", ujeedadeeduna ahayd, in lagu dhiirigeliyo, laguna taageero dhallinta Soomaaliyeed ee ku dhaqan gobolka Minnesota iyo waliba kooxda kubadda cagta ee  Minnesta Thunder Plus ay da'deedu ka yartahay 13 jir.

· shiikha on 26/04/2015 08:00:19 · Read More · 75 Reads · 🖨

XSKK oo muqdisho ku qabtay ciyaar lagu bixinayay Abaalmarinadi koobka Jen.Daa'uud Wiilasha iyo gabadhaha+ Sawirro

## XSKK oo muqdisho ku qabtay ciyaar lagu bixinayay Abaalmarinadi koobka Jen.Daa'uud Wiilasha iyo gabadhaha+ Sawirro



Xiriirka Soomaaliyeed ee kubada kolayga ayaa maanta muqdisho ku qatbay ciyaar lagu bixinayay  abaalmarinadii koobka Jenaraal Daa'uud . ciyaartan ooahayd mid Saaxibtinimo ayaa dhex maftay  kooxda Muqdisho City oo diyaargarow ugu jirta ciyaaraha magaalooyinka Afrika Inter City, iyo xiddgiga laga soo xulay kooxaha ka qayb galayay koobka Jen.Daa'uud.



Minnesota Basketball Team



Ashland 2006



Somali Week 2007



Coach Ahmed Dahir



Coach Madaxey



Mohamed Dheere



Yonis Xaaji Saciid



Catoosh



Xaawo Hiiraan

Yaasir Abdirizak



Issa Yuusuf

Awale A/rahman

Mucaawiye Cumar

Warsame

Mahamed Farah

Shirwac A/rahman

Sadik Hussein

Zakaria Haji

Ismail A/rizak

· shiikha on 26/04/2015 07:54:18 · Read More · 63 Reads · 🖨

Somalia tests its capacity to host int'l matches at home

## Somalia tests its capacity to host int'l matches at home



In what seems to be a 'test' for Somalia's hosting of an international match at home after decades of wars, the country's junior national team welcomed foreign players in the country at Stadium Banadir, beating them 1-0 on Monday.The friendly match was part of the Somali U-23 Squad's preparations for the 2016 world Olympic Games qualifiers before they take on Rwanda in the first leg on April 25 in Kigali.

· shiikha on 20/04/2015 11:26:25 · Read More · 55 Reads · 🖨

Soomaalia oo guulo ka soo hoyday Ciyaaraha Doomaha Bariga Afrika+Sawirro

## Soomaalia oo guulo ka soo hoyday Ciyaaraha Doomaha Bariga Afrika+Sawirro



Xiriirka Soomaaliyeed ee Doomaha  ayaa guulo ka soo hoyay tartanka ciyaaraha Doomaha ee Bariga iyo bartamaha Afrika.Tartankan oo ka dhacay magaaalda Khatoum  ee dalka Sudan  waxaa ka soo  qayb galay  dalalka Somalia, Kenya, Sudan, Djibouti, Eretrea iyo Uganda oo laysku yiraahdo (CECAROCAF)Waxaa Soomaaliya uga qayb galay sedex  ciyaaryahan oo kala ah Asad Maxamed Xasan iyo Axmad Nuur  Aadan oo ku tartamayay 500 Mitir iyo Cabdifitaax Cabdullahi Muuse oo ku tartamayay 200 Mitir.



Nimco Kenyati



Abdihakim



Fartuun Cali Dheere



Abdihakin AU



Hamza Osman



Ahmed Nuur



Faisal Dheere



Khaalid



Nuuraddiin





somali american
parent association

**Connecting Students, Families, Schools, and Communities, since 2008**

EXHIBIT E

## Who We Are

SAPA was founded in 2008 in response to the influx of Somali refugees in the Twin Cities. East African students and parents encounter many challenges with the education system as they adjust to life in the US. We work to bridge the cultural differences and create common ground for East African parents and educators to work together and better educate students.

**Contact Us**

Phone: 612.359.4949
Email: momoh@mnsapa.org
Web: www.mnsapa.org



**SOMALI AMERICAN PARENT ASSOCIATION**
1929 South 5th St. – Suite 101
Minneapolis, MN 55454



*Afterschool Program Teacher working with Lincoln students*

## Our Partners

- Youth leaders
- Parents
- Community groups
- Public schools
- Charter schools
- Community-based organizations
- School districts
- City, state, and federal offices
- Colleges and universities



A conference on Mental Health for Somali organizations and Minnesota Department of Health

## Community Engagement and Advocacy

SAPA's work is responsive to the changing and specific needs of students, parents, and schools.  We continually seek to understand the East African Refugee experience. Regular program evaluations, surveys, and partnerships with community groups and public institutions allow us to better serve East African families and schools.

## Our Areas of Focus

- Background and development of Somali immigrant and refugee parents

- Educational barriers for Somali youth in closing the achievement gap

- Best practices for out-of-school-time program delivery

- Health issues in the East African immigrant and refugee community

## Students

SAPA's Out of School Time programs focus on three areas: closing the achievement gap, providing academic support and enrichment, and developing productive members of 21st-century communities.

SAPA provides individual and small group tutoring, afterschool enrichment activities, and summer programs.

*"Students that participate in the afterschool program do better in school." –Teacher at Lincoln International High School*

Students who participate in SAPA's programs are more successful in school. They learn persistence, confidence, and intercultural communication.  They get the opportunity to build leadership skills that will empower them to succeed in college and in the workforce.

*"After school program seems to be an open door for me because it allowed me to be welcome…to have more connection with my teachers…to learn more about things I am interested in." –Student at Lincoln International High School*




Top: Educators undergoing training; Bottom: Parents participating in workshop

# Our Programs

## Parents and Educators

Children whose parents are advocates for them at school are more confident and achieve more. Our Parent Advocacy Workshops teach parents how to effectively communicate with schools and provide academic support to their children.

SAPA also provides Cultural Competency trainings for school teachers and administrators so they are better equipped to engage with Somali students and families. SAPA builds bridges that bring school staff and families together.