UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case File No. 15-CR-49 (MJD/FLN)

United States of America,

       Plaintiff,

v.

Zacharia Yusuf Abdurahman,

       Defendant.

**DEFENDANT ZACHARIA YUSUF ABDURAHMAN'S MOTION FOR DOWNWARD VARIANCE**

The Defendant, Zacharia Yusuf Abdurahman, through his undersigned counsel, respectfully moves this Court for a downward variance.

This motion is made on all the files and records in the case, the Defendant's Individual Position Regarding Sentencing, the Defendants' Joint Defense Sentencing Memorandum, the United States Sentencing Guidelines, and upon such other and further points and authorities as may be presented to the Court.

       Respectfully submitted,

Dated: November 3, 2016       FELHABER LARSON

       By: *s/ Marnie E. Fearon*
          Jon M. Hopeman, #47065
          Marnie E. Fearon, #305078
       220 South Sixth Street, Suite 2200
       Minneapolis, Minnesota 55402
       Telephone: (612) 339-6321

       **ATTORNEYS FOR ZACHARIA ABDURAHMAN**

1723249.v1