Prob 12 (Rev. 11/1/2004)

# United States District Court

### for the

### DISTRICT OF MINNESOTA

### United States v. Zacharia Yusuf Abdurahman

### Docket No. 0864 0:15CR00049-005(MJD)

### Petition on Supervised Release

COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Zacharia Yusuf Abdurahman** who was sentenced for Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization on November 14, 2016, by the Honorable Michael J. Davis, who fixed the period of supervision at 20 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Submit to Search
- Internet Restrictions/Examinations
- Employment Required
- Financial Disclosure
- Restrict Extremist Material
- Mental Health Evaluation/Treatment
- Polygraph Examination
- Surrender Passport
- Up to 365 days in a Residential Reentry Center with Global Positioning System (GPS) Technology Under Home Detention

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 12, 2024, the Court issued a summons for the defendant to appear in response to violations of supervised release. Since that time, the defendant has appeared before Your Honor on multiple dates and has complied with the conditions of his supervision. A final revocation hearing scheduled for today, December 10, 2025, has been canceled.

PRAYING THAT THE COURT WILL ORDER that the violations outlined in the Petition dated November 12, 2024, be dismissed and the defendant remain on supervised released under all previous terms and conditions imposed by the Court.

Petition on Supervised Release
Page 2

RE: **Zacharia Yusuf Abdurahman**
Docket No. 0864 0:15CR00049-005(MJD)

ORDER OF THE COURT

Considered and ordered this _10th_ day of _December 2025_, and ordered filed and made a part of the records in the above case.

s/Michael J. Davis
Michael J. Davis
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Brian James
Brian S. James
Senior U.S. Probation Officer
Telephone: 612-664-5364

Executed on      December 10, 2025

Place      Minneapolis

Approved:

*Heather Otepka*

Heather Otepka
Supervisory U.S. Probation Officer